| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| *Caption in Compliance with D.N.J. LBR 9004-2(c)*<br><br>Nicole M. Nigrelli, Esquire<br>CIARDI CIARD & ASTIN<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>T (215) 557-3550<br>F (215) 557-3551<br>nnigrelli@ciardilaw.com<br>Subchapter V Trustee |
| *In re:*<br><br>HITESHRI PATEL,<br><br>Debtor. |

Order Filed on October 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:   20-17880(KCF)
Chapter:    11

# ORDER GRANTING ALLOWANCES.

The relief set forth on the following page, page 2, is hereby **ORDERED.**

**DATED: October 8, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having found that Nicole M. Nigrelli, Esquire, Subchapter V Trustee filed an application for allowance of fees; and notice an opportunity for hearing were given to creditors and other parties in interest as required, and for good cause shown; it is

**ORDERED** that compensation be allowed as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Nicole M. Nigrelli, Esquire, Subchapter V Trustee. | $2,000.00 | $0.00 |