# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re __HITESHRI PATEL_____

Case No. __20-17880 (KCF)__

Reporting Period: 9/5/2020 - 10/5/2020

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_HPatel_____          10-14-2020
Signature of Debtor                      Date


_____          _____
Signature of Joint Debtor                Date


_____          _____
Signature of Authorized Individual*      Date


_____          _____
Printed Name of Authorized Individual    Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership, a manager or member if debtor is a limited liability company

FORM MOR (INDV)
(9/99)

In re: ___HITESHRI PATEL_____  Case No. __20-17880 (KCF)_____
          Debtor  Reporting Period _9/5/2020 - 10/5/2020_____

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 10,117.27 | $    - |
| | | |
| **RECEIPTS** | | |
| Wages (Net) | 3,372.39 | 9,298.47 |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | 1,457.11 | 20,611.22 |
|    **Total Receipts** | 4,829.50 | 29,909.69 |
| | | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS** | | |
| Mortgage Payment(s) | 7,794.21 | 15,588.42 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 76.13 | 1,359.33 |
| Insurance | 0.00 | 3,813.64 |
| Auto Expense | 0.00 | 66.03 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 309.16 | 309.16 |
| Medical Expenses | | |
| Household Expenses | 72.19 | 552.79 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 20.74 | 45.98 |
| Gifts | | |
| Other (attach schedule) | | |
|    Total Ordinary Disbursements | 8,272.43 | 21,735.35 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 0.00 | 1,500.00 |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
|    Total Reorganization Items | 0.00 | $  1,500.00 |
| | | |
| **Total Disbursements  (Ordinary + Reorganization)** | 8,272.43 | $  23,235.35 |
| | | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | -3,442.93 | $  6,674.34 |
| **Cash - End of Month (Must equal reconciled bank statement)** | 6,674.34 | $  6,674.34 |

FORM MOR-1(INDV)
(9/99)

In re__HITESHRI PATEL_____     Case No.___20-17880 (KCF)_____
           Debtor     Reporting Period: 9/5/2020 - 10/5/2020

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Bank Transfer | 0.00 | 4,100.00 |
| Unemployment Benefits | 0.00 | 11,522.00 |
| Refund of previously paid Professional Fees | 0.00 | 2,075.00 |
| Mortgage obligation on jointly owned property | 1,457.11 | 2,914.22 |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

In re HITESHRI PATEL                                  Case No.  20-17880 (KCF)
      Debtor                                          Reporting Period: 9/5/2020 - 10/5/2020

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
| Total Cash Disbursements | | | $         - |

### BANK ACCOUNT DISBURSEMENTS - Amboy Bank 9835

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
| 9/1/2020 | Flagstar Bank | Mortgage | $     1,457.11 | eft |
| 9/8/2020 | Shoprite | Household | 2.82 | eft |
| 9/8/2020 | Shoprite | Household | 6.16 | eft |
| 9/8/2020 | Bhavani Farmers | Household | 6.29 | eft |
| 9/8/2020 | Shoprite | Household | 6.96 | eft |
| 9/8/2020 | Sam's Club | Household | 33.60 | eft |
| 9/8/2020 | Emilio's | Meals | 20.74 | eft |
| 9/9/2020 | M&T Mortgage | Mortgage | 6,337.10 | eft |
| 9/10/2020 | Big Splash Pools and Spas | Repairs | 309.16 | eft |
| 9/14/2020 | Debtor Education | Household | 9.99 | eft |
| 9/17/2020 | Walmart | Household | 6.37 | eft |
| 9/30/2020 | Optimum | Utilities | 76.13 | eft |
|      |       |         |        |         |
| Total Bank Account Disbursements | | | $     8,272.43 | |

| Total Disbursements for the Month | $     8,272.43 |
|-----------------------------------|----------------|

In re HITESHRI PATEL

     Debtor

Case No. 20-17880 (KCF)

Reporting Period: 9/5/2020 - 10/5/2020

## DEBTOR QUESTIONNAIRE

| | Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 6 | Are any post petition State or Federal income taxes past due? | | X |
| 7 | Are any post petition real estate taxes past due? | | X |
| 8 | Are any other post petition taxes past due? | | X |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 10 | Are any amounts owed to post petition creditors delinquent? | | X |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |

# HITESHRI PATEL
## AMBOY BANK - BANK REC
### 9/5/2020 - 10/5/2020

Bank:  Amboy Bank

Bank Acct #:        9835

| | |
|---|---:|
| Balance per Bank | $ 6,674.34 |
| Add: Deposit in Transit | - |
| Less:  Outstanding checks | - |
| Adjusted Bank Balance | $ 6,674.34 |
| | |
| Beginning Balance per debtors' books | $ 10,117.27 |
| Add:  Cash Receipts | 4,829.50 |
| Less:  Cash Disbursements | (8,272.43) |
| Ending Balance per debtors' books | 6,674.34 |
| Adjustments: | |
| Add: | |
| Less: | |
| | |
| Adjusted Cash Balance - Debtors' books | $ 6,674.34 |

Outstanding checks:

| Date | Number | Payee | Amount |
|---|---|---|---:|
| | | | |
| | | | $ - |

For the period 09-05-2020 to 10-05-2020    Page 1 of 1
019 024 0-005-000-00000000

☎ For customer service
or current rates
call: 732-591-2530

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

💻 Visit us at
www.amboybank.com

☎ Amboy 24
(Telephone Banking)
call 1-877-24AMBOY

HITESHRI PATEL
DEBTOR IN POSSESSION
223 GORDONS CORNER ROAD
MARLBORO      NJ 07746-1257

### Annual Food Drive

We will be collecting for local food banks
throughout the month of November.
Drop off your donations at your local branch.
to win a fun giveaway

## Free Personal Check Account                    Account number:            0835

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 09-04 | $10,117.27 |
| Deposits and other credits (+) | $3,372.39 |
| Withdrawals, checks and other debits (-) | $6,815.32 |
| Ending Balance on 10-05 | $6,674.34 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 09-17 | 576052458204ANY UNIVERSITY RADIO DIRECT DEP | 297.02 | 10-01 | 720056458418ANY UNIVERSITY RADIO DIRECT DEP | 1,299.75 |
| 09-18 | 5251 - AMBOY BANK MANALAPAN, NJ NJ000576 005251 | 1,775.62 | | | |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 100 | 09-10 | 309.16 | | | | | | |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 09-08 | 749328 - SHOPRITE FREEHOL FREEHOLD NJ 001 749328 | 2.82 | 09-08 | 48733 - SAMS CLUB #6671 FREEHOLD NJ 66710094 883322 | 33.60 |
| 09-08 | 578106 - SHOPRITE OF OLD OLD BRIDGE NJ 001 578106 | 6.16 | 09-09 | CKFXXXXX3977POS M&T MORTGAGE ONLINE PMT | 6,337.10 |
| 09-08 | 0116 - BHAVANI FARMERS PARLIN NJ 00009847 000116 | 6.29 | 09-14 | 77812 - 10DEBTOREDUCATIO 877-601-4141 AZ 00000000 077812 | 9.99 |
| 09-08 | 587229 - SHOPRITE HILLSID HILLSIDE NJ 001 587229 | 6.96 | 09-17 | 380832 - Wal-Mart Store FREEHOLD NJ 32360027 026104001529 | 6.37 |
| 09-08 | 27505 - EMILIO'S MANALPAN NJ 00000000 027505 | 20.74 | 09-30 | 13067502 OPTIMUM 7864 CABLE PMNT | 76.13 |

8/31/2020    0100

Pay to the
Order of    Big Splash Pools & Spas    $ 309 16/100

three hundred nine dollars & 16/100 ------ Dollars

AMBOY
Bank

For: Pool heater Repair

100    $309.16    9/10/2020

 **Flagstar** Bank

BANKRUPTCY MORTGAGE STATEMENT

Pay by mail
Flagstar Bank • PO Box 660263
Dallas, TX 75266-0263

**STATEMENT CREATION DATE: 10/01/20**

| | |
|---|---|
| Loan Number | 6823 |
| Payment Due Date: | 11/01/20 |
| Amount Due | $3,664.23 |

0-856-13696-0000364-001-000-010-000-000

HIMANSHU PATEL
HITESHRI PATEL
223 GORDONS CORNER RD
MARLBORO NJ  07746-1257

 Pay by website:
flagstar.com/MyLoans

 Pay by phone:[1]
(866) 837-4539

Customer service:
(800) 968-7700
Monday-Friday 7:30 a.m.-8 p.m., ET
Saturday 7:30 a.m.-4 p.m., ET

## Bankruptcy Messages

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.**

If you no longer wish to receive a monthly statement, please send a written request to: Flagstar Bank, Attention: Bankruptcy, 5151 Corporate Drive, 3W-144, Troy, MI 48098-2096. If you later choose to resume delivery of a monthly statement, you must do so in writing to the same address.

## Review Home Loan Activity

| Account Information | |
|---|---|
| Property Address | 714 S HALLIDAY ST |
| Outstanding Principal[?] | $435,607.01 |
| Escrow Balance | $6,522.74 |
| Debtor Suspense Balance | $550.00 |
| Interest Rate | 3.7000% |
| Prepayment Penalty | No |

[?]The outstanding principal above is not the total amount required to pay the loan in full. For a payoff quote, please visit flagstar.com/MyLoans.

| Explanation of Post-Petition Amount Due | |
|---|---|
| Principal | $829.42 |
| Interest | $1,343.12 |
| Escrow | $741.69 |
| Regular Monthly Payment | $2,914.23 |
| Total Fees and Charges | $750.00 |
| **Total** | **$3,664.23** |

| Payment Breakdown | Last Payment | Paid year to date |
|---|---|---|
| Principal | $826.87 | $7,350.98 |
| Interest | $1,345.67 | $12,201.88 |
| Escrow | $741.69 | $7,457.92 |
| Total Fees | $0.00 | $25.00 |
| Partial Payment (Unapplied)[3] | $550.00 | |
| **Total** | **$3,464.23** | **$27,035.78** |
| Taxes | | $4,035.06 |
| Insurance | | $882.15 |
| **Total** | | **$4,917.21** |

 Equal Housing Lender   Member FDIC   Page 1 of 2

---

---(Detach and return the bottom portion with payment. Retain the top portion for your records) ----------

 **Flagstar** Bank

| Loan Number | Due Date | Total Amount Due |
|---|---|---|
| 6823 | 11/01/20 | $3,664.23 |

HIMANSHU PATEL
HITESHRI PATEL

Flagstar Bank
PO Box 660263
Dallas, TX 75266-0263

| | |
|---|---|
| Additional Principal | $_____ |
| Additional Escrow (if applicable) | $_____ |
| Total Fees (includes late charges) | $_____ |
| Total Advances | $_____ |
| Additional Payment(s) | $_____ |
| **Total Amount Enclosed** | $_____ |

**Review Transaction Activity** (09/09/20 to 10/01/20)

| Date | Description | Principal | Interest | Escrow | Fees | Advances ($200.00) | Other | Total |
|------|-------------|-----------|----------|--------|------|--------------------|-------|-------|
| 9/9/20 | Attorney Fee | | | | | ($200.00) | | |
| 9/30/20 | Payment | | | | | | $3,464.23 | $3,464.23 |
| 10/1/20 | Payment | $826.87 | $1,345.67 | $741.69 | | | ($2,914.23) | |

## Important Account Messages

There are funds being held in suspense, which is a holding account for unapplied payments usually because it is not sufficient to apply a full monthly payment. Upon receipt of the necessary difference the funds will be credited to the mortgage.

At Flagstar, the health and well-being of our customers, employees, and communities is a top priority. To learn more about how we are here to help, as well as information on temporary mortgage relief visit flagstar.com/update.

Wondering the safest way to manage your mortgage, right now? MyLoans is a secure, fast and easy way for you to manage your loans online. Set up paperless statements and electronic payments when you sign up for MyLoans at flagstar.com/myloans.

We appreciate the opportunity to service this loan. For more details on other services we provide or more information for this loan, visit the website referenced above.

We will be closed for business on Veteran's Day and Thanksgiving in observance of the holidays. You can still access loan information by visiting the website or calling the phone number referenced on this statement.

## Contact Information

Please include your name, loan number, and sufficient detail to inform Flagstar the basis of your inquiry, qualified written request, notice of error, or request for information.

**General Correspondence/Inquiries**
Flagstar Bank
E115-3
5151 Corporate Drive
Troy, MI 48098-2639

**Qualified Written Request,**
**Notice of Error, or Request for Information**
Flagstar Bank, Attn: QWR/NOE/RFI
2B-116
5151 Corporate Drive
Troy, MI 48098-2639

## Payment Information

- **Protect your credit** – We may report information about this account to the credit bureaus. Late payments, missed payments, or other defaults on this account may be reflected in a credit report.
- **Check Processing** – When you provide a check as payment, you authorize us either to use the information from the check to make a one-time electronic fund transfer from the bank account that the payment was issued on or to process the payment as a check transaction. When we use information from the check to make an electronic funds transfer, funds may be withdrawn from the account as soon as the same day we receive the payment, and the check will not be returned from your financial institution.
- **Past Due Payment(s)** – We reserve the right to return any payment tendered if the payment status is in default. Payments are not considered accepted until credited to the loan.
- **Overnight Payment Address** – Flagstar Bank, Attention: Cash Processing W-125-3, 5151 Corporate Drive, Troy, MI 48098-2639.

[1] Making a payment online or by mail is a free service. You can also pay by phone, but please note an additional courtesy fee of $15 may apply.

[2] **Unapplied/Partial Payments** – Any partial monthly payment made that is not applied to the loan, but instead is held in one or more separate suspense account until enough funds are received to equal a full payment, at which time, the funds will then be applied to the loan.

## Financial Hardship

If you are experiencing difficulties making the mortgage payment(s), call us today at (800) 393-4887 or visit flagstar.com/relief.

For help exploring your options, the federal government provides contact information for housing counselors available at no cost to you. You can search for a counselor near you at consumerfinance.gov/mortgagehelp/ or HUD at hud.gov/offices/hsg/sfh/hcc/hcs.cfm or you can call HUD at (800) 569-4287.

Unless otherwise provided by state law or the loan documents, we are providing this additional detail relating to this loan for information purposes only.

BANKRUPTCY (if applicable)

To the extent the original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, creditor retains rights under its security instrument, including the right to foreclose its lien.

## Update Your Information -- Please Print

Loan Number _____56823

HIMANSHU PATEL

HITESHRI PATEL

Social Security Number (Last Four Digits)_____

Social Security Number (Last Four Digits)_____

Mailing Address_____

City_____

State_____ ZIP_____

Preferred Number_____

Alternate Number_____

Email Address_____

HIMANSHU PATEL

HITESHRI PATEL

An authorized borrower's signature is required for an address change

# M&T Bank 

## Mortgage Statement

RETURN SERVICE ONLY
Please do not send mail to this address
P.O. Box 619063
Dallas, TX 75261-9063

8-750-81712-0000173-001-000-000-000-000

HIMANSHU K PATEL
HITESHRI H PATEL
223 GORDONS CORNER RD
MARLBORO NJ 07746-1257

Statement Date: 09/16/20

| | |
|---|---|
| Account Number: | 2130 |
| Payment Date: | 10/01/20 |
| Payment Amount: | $6,337.10 |

## Contact Us

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Automated Service: | 7:30am - 9:00pm EST Mon - Fri |
| | 8:00am - 5:00pm EST Sat |
| Representatives Available: | 8:30am - 7:00pm EST Mon - Fri |
| Fax Payoff Requests | 1-866-409-2653 |
| Fax All Other Customer Service Requests | 1-866-409-4642 |
| Property Tax Questions: | 1-866-406-0949 |
| Flood and Homeowners Insurance Questions: | 1-888-882-1847 |

Correspondence Address:

PO BOX 1288
BUFFALO, NY 14240-1288
www.mtb.com

## Bankruptcy Message

Our records show that either you are a debtor in a bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.

We are sending this statement for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If you want to stop receiving statements, write to us at:
M&T Bank
Attn: Customer Asset Management
P.O. Box 5158
Buffalo, NY 14240-5158

## Explanation of Payment Amount

| | |
|---|---|
| Principal | $3,639.28 |
| Interest | +$978.26 |
| Escrow (tax/insurance) | +$1,719.56 |
| **Regular Monthly Payment** | **$6,337.10** |
| **Total Payment Amount** | **$6,337.10** |

## Account Information

| | |
|---|---|
| Property Address | 223 GORDONS CORNER RD |
| | MARLBORO TWP NJ 07746 |
| Outstanding Principal | $284,584.32 |
| Interest Rate | 4.125% |

## Transaction Activity

| Transaction Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|
| 09/08/20 | Payment | $6,337.10 | $3,626.81 | $990.73 | $1,719.56 | | | | |

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $3,626.81 | $29,719.95 |
| Interest | $990.73 | $8,283.99 |
| Escrow (Taxes & Insurance) | $1,719.56 | $13,670.26 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$6,337.10** | **$51,674.20** |

## Important Messages

750-X3164-0318F

# M&T Bank

2130

HIMANSHU K PATEL
HITESHRI H PATEL

Make check payable to M&T Bank.

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

If you are currently a party in a bankruptcy case and you choose to make a voluntary payment, detach and return bottom remittance portion with your payment. Make any checks payable to M&T Bank.

## PAYMENT AMOUNT

| | |
|---|---|
| Payment Date | 10/01/20 |
| Payment Amount | $6,337.10 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| **Total Amount Enclosed** | **$** |

## Document ACCOUNT INFORMATION

Account information is easy to access through M&T Bank's Automated Phone Service by calling 716-626-7010 or 1-800-724-2224. Please have your loan number and the first five (5) digits of your Social Security Number to access this convenient service. Automated information is available Monday - Friday, 7:30 a.m. to 9:00 p.m. and Saturday from 9:00 a.m. to 5:00 p.m., Eastern Time. The following information is available to you:

- Principal Balance
- Interest Rate
- Payment Information
- Escrow Information
- Year-end Information
- Mailing/Fax Information
- Special Services

Visit our Website at www.mtb.com. Account information is easy to access and available virtually 24 hours, seven days a week.

## ADDITIONAL INFORMATION

- Payments received after the statement date are not reflected on this statement.
- Do not send correspondence or cash with your payment.
- It is important to use the coupon and envelope provided since both contain encoding that will help ensure prompt and accurate posting of payments.
- Please designate how you want additional funds to be applied; we will apply them as directed provided your account is current. If your account is current, undesignated funds will be applied in the following order: escrow advances, late charges, NSF fees, payment shortages, all other fees and/or Principal. If you prefer additional funds be applied in a different manner please be sure to designate how you want the funds applied.
- Your payment is credited on the day it is received at our payment center, not the day it is postmarked. Account payments made at an M&T Branch, made in United States Funds, whether made in cash or by check or money order, and received after the cutoff for that specific location, may be processed the following business day. Payments made at an M&T banking branch may not be credited the same day. Payments are not accepted at M&T mortgage origination offices.
- Reporting of Account Information to Credit Bureaus. We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. For borrowers who have filed for bankruptcy protection under Title 11 of the United States Code, we will only report information relating to the status of your bankruptcy proceeding. If you think that M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, P.O. Box 900, Millsboro, DE 19966.
- Please direct any complaints and inquiries to M&T Bank by referencing the information listed in the "Contact Us" section. You have the right to file complaints about M&T Bank and obtain further information by calling the New York State Department of Financial Services' Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.
  M&T Bank is exempt from the NY DFS Superintendent's mortgage loan servicer registration requirements.
- We are required by New York State to inform you that we utilize third-party providers to complete services for your account on our behalf. These services require that we provide information to those third-parties, which will not be shared with any other third-parties. M&T Bank remains responsible for all actions taken by the third-party providers that we utilize for these purposes.
- To locate a HUD approved counseling agency please call: 1-800-569-4287 or visit http://www.hud.gov
- Important Tax Information: Please allow at least 2 business days prior to year end to ensure proper credit to your account for income tax purposes in the current year.
- If you are in bankruptcy or received a bankruptcy discharge of debt, this communication is not an attempt to collect a debt against you personally, but strictly for informational purposes only.

## ERROR RESOLUTION AND INFORMATION REQUESTS MUST BE MAILED TO:

M&T Bank
P.O. Box 62986
Baltimore, MD 21264-2986

## OTHER IMPORTANT ADDRESSES

| Payments: | Correspondence: | Overnight Mail: | Insurance: | Taxes: |
|---|---|---|---|---|
| P.O. Box 62182 | P.O. Box 1288 | 1 Fountain Plaza, 7th Floor | P.O. Box 5738 | P.O. Box 23628 |
| Baltimore, MD 21264-2182 | Buffalo, NY 14240-1288 | Buffalo, NY 14203 | Springfield, OH 45501-5738 | Rochester, NY 14692 |

## HOMEOWNERS INSURANCE / PROPERTY TAX INFORMATION

- Insurance Requirements: The terms of your loan require that you maintain homeowners insurance coverage the amount of which must be at least equal to the lesser of the full replacement cost coverage amount or your current loan amount. We suggest that you consult your insurance company to determine these coverage amounts.
- Flood Insurance is required for all properties located in a Special Flood Hazard Area as designated by FEMA.
- In the event we determine that the property is not adequately insured, we will purchase, at your expense, a force placed policy to protect our interest. This insurance is more costly and may provide less coverage than your original policy.
- Mortgagee Clause: To protect our mutual interests, the mortgagee clause of your policy must include the following: M&T Bank, its Successors and/or Assigns, Mortgage loan# _____, P.O. Box 5738, Springfield, OH 45501-5738
- Renewal Policies and Invoices: For accounts with insurance in escrow, policies or invoices are due in our office thirty (30) days prior to expiration of the existing policy. If you pay your own insurance, please ensure that you provide us with your current insurance information by visiting our website at www.mycoverageinfo.com and referencing PIN # M738. You may also mail or fax a copy of the declaration page to our office (fax #937-525-4125).
- Damaged Property: In the event of damage to your home, notify your insurance agent. After the claim has been filed, please contact us at 1-866-892-1858 so that we may guide you through this process.
- Loans with Tax Escrow: If your property taxes are paid from an escrow account with us, and you receive a tax bill, please forward the bill immediately to the following address: M&T Bank, P.O. Box 23628, Rochester, NY 14692. Please be sure to write your loan number on the bill. It is no longer necessary to forward paid tax receipts on non-escrow accounts. For property tax related questions please call 1-866-406-0949 (Fax # 1-817-920-0975).

## IMPORTANT INFORMATION FOR SERVICEMEMBERS

Pursuant to the Servicemembers Civil Relief Act you & your dependents may be eligible for certain benefits and/or protections. For further information please contact our SCRA Servicing Team by phone 8:30am-5pm (EST) Monday-Friday, Toll Free at 1-855-850-SCRA (7272), or at 1-302-634-4872, by email at loanservicing@mtb.com, or by mail at P.O. Box 900, Millsboro, DE 19966.

750-x34107-0320  CH7

## HAS YOUR ADDRESS OR ANY OTHER INFORMATION CHANGED?

IF SO, PLEASE COMPLETE THIS FORM AND CHECK THE ☑ BOX ON THE REVERSE SIDE

MAILING ADDRESS _____

CITY _____  STATE _____  ZIP _____

BORROWER HOME PHONE _____  BORROWER BUSINESS PHONE _____

NAME (Please Print) _____  NAME (Please Print) _____

_____  _____
BORROWER SIGNATURE   CO-BORROWER SIGNATURE