| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| *Caption in Compliance with D.N.J. LBR 9004-2(c)*<br><br>Nicole M. Nigrelli, Esquire<br>CIARDI CIARD & ASTIN<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>T (215) 557-3550<br>F (215) 557-3551<br>nnigrelli@ciardilaw.com<br>Subchapter V Trustee |

| | |
|---|---|
| *In re:*<br><br>HITESHRI PATEL,<br><br>Debtor. | Case No.:   20-17880(KCF)<br><br>Chapter:    11 |

## CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION

I, Nicole M. Nigrelli, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling $2,000.00. The case was converted with no plan confirmed and no plan payments made to the Trustee. Pursuant to 11 U.S.C. §330(a), on October 8, 2020, the Court ordered compensation of $2,000.00 be awarded to the trustee. These funds were paid by the Debtor to the trustee on November 16, 2020. I hereby certify that the estate of the above-named debtor has been fully administered through the date of conversion. On August 3, 2020, pursuant to Court order, I was discharged from any further duties as trustee.

Date: November 20, 2020            By:    */s/ Nicole M. Nigrelli*
                                                        Nicole M. Nigrelli, Esquire
                                                        Subchapter V Trustee