| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| WOLLMUTH MAHER & DEUTSCH LLP<br>James N. Lawlor, Esq.<br>Joseph F. Pacelli, Esq.<br>500 Fifth Avenue, 12th Floor<br>New York, New York 10110<br>-and-<br>51 JFK Parkway<br>First Floor West<br>Short Hills, NJ 07078<br>Tel: (212) 382-3300<br>Fax: (212) 382-0050<br>jlawlor@wmd-law.com<br>jpacelli@wmd-law.com<br>*Counsel for NFS Leasing, Inc.* | **Order Filed on November 17, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>HITESHRI PATEL,<br><br>Debtor. | Case No.:    20-17880 (KCF)<br><br>Chapter    11<br><br>Hearing Date:    November 17, 2020<br><br>Judge:    Kathryn C. Ferguson |

### ORDER EXTENDING THE DEADLINE
### FOR NFS TO FILE AN OBJECTION THAT NFS' DEBT
### <u>SHOULD BE EXCEPTED FROM DISCHARGE UNDER 11 U.S.C. § 523</u>

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 17, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page (2)
Debtor: Hiteshri Patel
Case No.: 20-17880 (KCF)
Caption of Order:   ORDER EXTENDING THE DEADLINE FOR NFS TO FILE AN OBJECTION THAT
NFS' DEBT SHOULD BE EXCEPTED FROM DISCHARGE UNDER 11 U.S.C. § 523

Upon the Motion (the "Motion") of NFS Leasing, Inc. ("NFS"), pursuant to Rule 4007 of the Federal Rules of Bankruptcy Procedure, for an extension of the deadline for NFS to file an objection that NFS' debt should be excepted from discharge under 11 U.S.C. § 523; and that adequate notice of the Motion has been given and that no further notice is necessary; and after due deliberation and good and sufficient cause appearing therefore, it is hereby

**ORDERED that:**

1.   The Motion is granted.

2.   The deadline for NFS to file an objection that NFS' debt should be excepted from discharge under 11 U.S.C. § 523 shall be extended thirty (30) days to November 20, 2020.

3.   The movant shall serve a copy of this Order on the United States Trustee and the Debtor's counsel within one (1) days of entry.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-17880-KCF
Hiteshri Patel  Chapter 11
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Nov 18, 2020  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

**Recip ID    Recipient Name and Address**
db    +   Hiteshri Patel, 223 Gordons Corner Road, Marlboro, NJ 07746-1257

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2020  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:

**Name    Email Address**

James N. Lawlor
    on behalf of Creditor NFS Leasing  Inc. jlawlor@wmd-law.com

Lauren Bielskie
    on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Melinda D. Middlebrooks
    on behalf of Debtor Hiteshri Patel middlebrooks@middlebrooksshapiro.com  melindamiddlebrooks@gmail.com

Nicole M. Nigrelli
    on behalf of Trustee Nicole M. Nigrelli nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Robert Davidow
    on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. nj.bkecf@fedphe.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Nov 18, 2020 Form ID: pdf903 Total Noticed: 1
TOTAL: 6