UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
middlebrooks@middlebrooksshapiro.com
Attorneys for Chapter 11 Debtor and
Debtor-in-Possession, Hiteshri Patel

In Re:
HITESHRI PATEL,

Chapter 11 Debtor and Debtor-in-Possession.

Case No.:         20-17880
Chapter:              11
Hearing Date:     12/8/2020
Judge:         Kathryn C. Ferguson

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Amended Motion to Quash 2004 Subpoena issued by NFS Leasing (Docket No. 92) withdrawn because NFS withdrew its 2004 Subpoena without prejudice.

Date: 12/8/2020

/s/ Melinda Middlebrooks
Signature

*rev.8/1/15*