

**Order Filed on December 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**MIDDLEBROOKS SHAPIRO, P.C.**
841 Mountain Avenue, First Floor
Springfield, New Jersey   07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
*middlebrooks@middlebrooksshapiro.com*
Attorneys for the Chapter 11 Debtor
and Debtor-in-Possession, Hiteshri Patel

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| **HITESHRI PATEL,** | Honorable Kathryn C. Ferguson |
| Chapter 11 Debtor and Debtor-in-Possession. | Chapter 11 |
| | Case No.:  20-17880-KCF |
| | **Hearing Date:** December 8, 2020 at 10:00 a.m. **Oral Argument:** Waived, Unless Timely Objection Filed |

### ORDER AUTHORIZING DEBTOR HITESHRI PATEL TO FILE AN INDIVIDUAL COMBINED CHAPTER 11 PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT PURSUANT TO 11 U.S.C. §§ 1125(f), 105(d) AND 105(a); AND GRANTING RELATED RELIEF

The relief set forth on the following page, numbered two (2) through two (2), is

**ORDERED.**

**DATED: December 10, 2020**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor:     Hiteshri Patel
Case No.:   20-17880-KCF
Caption:    Order Authorizing the Debtor to file an Individual Combined Chapter 11 Plan of Reorganization and Disclosure Statement pursuant to 11 U.S.C. §§ 1125(f), 105(d) and 105(a); and Granting Related Relief

(Page 2)

(1) The Motion for Order Authorizing the Debtor to file an Individual Combined Chapter 11 Plan of Reorganization and Disclosure Statement pursuant to 11 U.S.C. §§ 1125(f), 105(d) and 105(a); and for Related Relief filed on behalf of the Chapter 11 Debtor and Debtor-In-Possession Hiteshri Patel (the "Debtor") shall be and is hereby granted.

(2) The Debtor shall be and is hereby authorized to file a Chapter 11 Combined Plan of Reorganization and Disclosure Statement.

(3) Individual Combined Chapter 11 Plan of Reorganization and Disclosure Statement to be filed within 10 days.