**MIDDLEBROOKS SHAPIRO, P.C.**
841 Mountain Avenue, First Floor
Springfield, New Jersey   07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
*middlebrooks@middlebrooksshapiro.com*
Attorneys for the Chapter 11 Debtor
and Debtor-in-Possession, Hiteshri Patel

**Order Filed on December 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| **HITESHRI PATEL,** | Honorable Kathryn C. Ferguson |
| Chapter 11 Debtor and Debtor-in-Possession. | Chapter 11 |
| | Case No.:  20-17880-KCF |
| | **Hearing Date:** December 8, 2020 at 10:00 a.m.<br>**Oral Argument:** Waived, Unless Timely Objection Filed |

### ORDER AUTHORIZING DEBTOR HITESHRI PATEL TO FILE AN INDIVIDUAL COMBINED CHAPTER 11 PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT PURSUANT TO 11 U.S.C. §§ 1125(f), 105(d) AND 105(a); AND GRANTING RELATED RELIEF

The relief set forth on the following page, numbered two (2) through two (2), is

**ORDERED.**

**DATED: December 10, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: Hiteshri Patel
Case No.: 20-17880-KCF
Caption: Order Authorizing the Debtor to file an Individual Combined Chapter 11 Plan of Reorganization and Disclosure Statement pursuant to 11 U.S.C. §§ 1125(f), 105(d) and 105(a); and Granting Related Relief

(Page 2)

(1) The Motion for Order Authorizing the Debtor to file an Individual Combined Chapter 11 Plan of Reorganization and Disclosure Statement pursuant to 11 U.S.C. §§ 1125(f), 105(d) and 105(a); and for Related Relief filed on behalf of the Chapter 11 Debtor and Debtor-In-Possession Hiteshri Patel(the "Debtor") shall be and is hereby granted.

(2) The Debtor shall be and is hereby authorized to file a Chapter 11 Combined Plan of Reorganization and Disclosure Statement.

(3) Individual Combined Chapter 11 Plan of Reorganization and Disclosure Statement to be filed within 10 days.

United States Bankruptcy Court

District of New Jersey

In re:  
Hiteshri Patel  
    Debtor(s)

Case No. 20-17880-KCF  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Dec 10, 2020      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2020:**

**Recip ID    Recipient Name and Address**  
db      + Hiteshri Patel, 223 Gordons Corner Road, Marlboro, NJ 07746-1257

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2020 at the address(es) listed below:

**Name**      **Email Address**

Denise E. Carlon  
     on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

James N. Lawlor  
     on behalf of Creditor NFS Leasing  Inc. jlawlor@wmd-law.com

Joseph Francis Pacelli  
     on behalf of Creditor NFS Leasing  Inc. jpacelli@wmd-law.com

Lauren Bielskie  
     on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Melinda D. Middlebrooks  
     on behalf of Debtor Hiteshri Patel middlebrooks@middlebrooksshapiro.com  melindamiddlebrooks@gmail.com

Nicole M. Nigrelli  
     on behalf of Trustee Nicole M. Nigrelli nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 10, 2020 | Form ID: pdf903 | Total Noticed: 1 |

Robert Davidow
    on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. nj.bkecf@fedphe.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8