UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey  07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
middlebrooks@middlebrooksshapiro.com
Attorneys for Chapter 11 Debtor and Debtor-in-Possession, Hiteshri Patel

In Re:

HITESHRI PATEL,

Chapter 11 Debtor and Debtor-in-Possession.

Case No.:        20-17880-KCF

Chapter:         11

Hearing Date:    1/12/2021

Judge:           Kathryn C. Ferguson

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Motion to Quash Rule 7030 Subpoena Directed to Debtor by NFS Leasing, Inc.

Docket No. 103 because NFS Leasing withdrew the Rule 7030 Subpoena without prejudice.

Date: December 18, 2020

/s/ Melinda Middlebrooks
Signature

*rev.8/1/15*