UNITED STATES BANKURPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with N.J. LBR 9004-1**

Gary D. Bressler, Esq.
Virginia T. Shea, Esq.
McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
Telephone: (973) 993-8100
Telecopy: (973) 425-0161
Email: gbressler@mdmc-law.com
vshea@mdmc-law.com

*Counsel for Creditor, West Valley National Bank*

In re:

**HITESHRI PATEL**

Chapter 11 Debtor and Debtor-in-Possession

Honorable Katheryn C. Ferguson

Chapter 11

Case No. 20-17880-KCF

## CERTIFICATION OF CONSENT REGARDING CONSENT ORDER

I certify that with respect to the Consent Order Authorizing West Valley National Bank to File a Late Proof of Claim, submitted to the Court, the following conditions have been met:

(a) The terms of the consent order are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d) I will make the original consent order available for inspection on request of the Court or any party in interest; and

(e) I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011.

Dated: January 12, 2021

*/s/ Gary D. Bressler*
Gary D. Bressler, Esquire