UNITED STATES BANKURPTCY COURT
DISTRICT OF NEW JERSEY
*Caption in Compliance with N.J. LBR 9004-1*

Gary D. Bressler, Esq.
Virginia T. Shea, Esq.
McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
Telephone:  (973) 993-8100
Telecopy:  (973) 425-0161
Email: gbressler@mdmc-law.com
          vshea@mdmc-law.com

*Counsel for Creditor, West Valley National Bank*

In re:

**HITESHRI PATEL**

      Chapter 11 Debtor and Debtor-in-Possession

**Honorable Katheryn C. Ferguson**

Chapter 11

Case No. 20-17880-KCF

## CERTIFICATE OF SERVICE

I, Gary D. Bressler, hereby certify that on Tuesday, January 12, 2021, I did cause the foregoing *Application in Lieu of Motion In Support of Entry of Stipulation and Consent Order to Extend the Date for West Valley National Bank to File a Proof of Claim* to be e-filed and served on all parties registered to receive such notification via CM/ECF.  Additionally, the parties on the following Service List were served via First Class U.S. Mail.

      **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Counsel to West Valley National Bank

By: *Gary D. Bressler*
      Gary D. Bressler

**Service List**

5th and PCH
PO Box 840628
Los Angeles, CA  90084-0628

Capref Strand LLC
8333 Douglas Avenue, Ste. 975
Dallas, TX  75225

Chase
Cardmember Services
PO Box 6294
Carol Stream, IL  60197-6294

Citi
PO Box 9001037
Louisville, KY  40290

Costco
Citicards
PO Box 790046
St. Louis, MO  63179-0046

Discover
PO Box 15251
Wilmington, DE  19886

DSC America, Inc.
c/o Kennedy Wilson Properties, Ltd.
151 S. El Camino Drive
Beverly Hills, CA  90212

GE HFS, LLC
9900 Innovation Drive
RP-2100
Milwaukee, WI  53226

HF Holdings, Inc.
PO Box 593080
Huntington Beach, CA  92648

Konica Minolta
TIAA Commercial Finance, Inc.
10 Waterview Blvd.
Parsippany, NJ  07054

Landmark Health/Brown Mills, LLC
c/o Post Polak, P.A.
Attn: David Epstein
425 Eagle Rock Ave., Suite 200
Roseland, NJ  07068

NFS Leasing, Inc.
900 Cummings Center, Suite 226-U
Beverly, MA  01915

RMS Franchise Group
2390 E. Orangewood Ave., Suite 550
Anaheim, CA  92806

US Small Business Administration
409 3rd Street, SW
Washington, DC  20416

Yogesh Patel
714 S. Halliday Street
Anaheim, CA  92804

Melinda D. Middlebrooks, Esq.
Middlebrooks Shapiro, P.C.
841 Mountain Ave, First Floor
Springfield, NJ 07081