UNITED STATES BANKURPTCY COURT
<u>DISTRICT OF NEW JERSEY</u>
*Caption in Compliance with N.J. LBR 9004-1*

Gary D. Bressler, Esq.
Virginia T. Shea, Esq.
McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
Telephone:  (973) 993-8100
Telecopy:  (973) 425-0161
Email: gbressler@mdmc-law.com
         vshea@mdmc-law.com

*Counsel for Creditor, West Valley National Bank*

In re:

**HITESHRI PATEL**

   Chapter 11 Debtor and Debtor-in-Possession

**Honorable Katheryn C. Ferguson**

Chapter 11

Case No. 20-17880-KCF

## CERTIFICATE OF SERVICE

  I, Gary D. Bressler, hereby certify that on Tuesday, January 12, 2021, I did cause the foregoing *Application in Lieu of Motion In Support of Entry of Stipulation and Consent Order to Extend the Date for West Valley National Bank to File a Proof of Claim* to be e-filed and served on all parties registered to receive such notification via CM/ECF.  Additionally, the parties on the following Service List were served via First Class U.S. Mail.

           **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
           Counsel to West Valley National Bank

           By:  */s/ Gary D. Bressler*
             Gary D. Bressler

**Service List**

| | |
|---|---|
| 5th and PCH<br>PO Box 840628<br>Los Angeles, CA  90084-0628 | HF Holdings, Inc.<br>PO Box 593080<br>Huntington Beach, CA  92648 |
| Capref Strand LLC<br>8333 Douglas Avenue, Ste. 975<br>Dallas, TX  75225 | Konica Minolta<br>TIAA Commercial Finance, Inc.<br>10 Waterview Blvd.<br>Parsippany, NJ  07054 |
| Chase<br>Cardmember Services<br>PO Box 6294<br>Carol Stream, IL  60197-6294 | Landmark Health/Brown Mills, LLC<br>c/o Post Polak, P.A.<br>Attn: David Epstein<br>425 Eagle Rock Ave., Suite 200<br>Roseland, NJ  07068 |
| Citi<br>PO Box 9001037<br>Louisville, KY  40290 | NFS Leasing, Inc.<br>900 Cummings Center, Suite 226-U<br>Beverly, MA  01915 |
| Costco<br>Citicards<br>PO Box 790046<br>St. Louis, MO  63179-0046 | RMS Franchise Group<br>2390 E. Orangewood Ave., Suite 550<br>Anaheim, CA  92806 |
| Discover<br>PO Box 15251<br>Wilmington, DE  19886 | US Small Business Administration<br>409 3rd Street, SW<br>Washington, DC  20416 |
| DSC America, Inc.<br>c/o Kennedy Wilson Properties, Ltd.<br>151 S. El Camino Drive<br>Beverly Hills, CA  90212 | Yogesh Patel<br>714 S. Halliday Street<br>Anaheim, CA  92804 |
| GE HFS, LLC<br>9900 Innovation Drive<br>RP-2100<br>Milwaukee, WI  53226 | Melinda D. Middlebrooks, Esq.<br>Middlebrooks Shapiro, P.C.<br>841 Mountain Ave, First Floor<br>Springfield, NJ 07081 |