UNITED STATES BANKURPTCY COURT
DISTRICT OF NEW JERSEY
*Caption in Compliance with N.J. LBR 9004-1*

Gary D. Bressler, Esq.
Virginia T. Shea, Esq.
McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
Telephone:  (973) 993-8100
Telecopy:  (973) 425-0161
Email: gbressler@mdmc-law.com
       vshea@mdmc-law.com

*Counsel for Creditor, West Valley National Bank*

In re:

**HITESHRI PATEL**

      Chapter 11 Debtor and Debtor-in-Possession

**Order Filed on January 22, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Honorable Katheryn C. Ferguson

Chapter 11

Case No. 20-17880-KCF

**STIPULATION AND CONSENT ORDER AUTHORIZING WEST VALLEY
NATIONAL BANK TO FILE A LATE PROOF OF CLAIM**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED.**

**DATED: January 22, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| **Debtors:** | In re: Hiteshri Patel |
| **Case No.:** | 20-17880 (KCF) |
| **Page #:** | 2 |
| **Caption:** | Stipulation and Consent Order Authorizing West Valley National Bank to File a Late Proof of Claim |

This Stipulation and Consent Order (the "Stipulation and Consent Order") is made and entered into on the 8th day of January, 2021, by and between Hiteshri Patel, the Chapter 11 Debtor and Debtor-in-Possession (the "Debtor") and West Valley National Bank (the "Claimant") (the Debtor and the Claimant shall be collectively referred to herein as the "Parties"), by and through counsel for the Parties.

WHEREAS, on June 25, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of Title 11 (Subchapter V) of the United States Bankruptcy Code (the "Bankruptcy Code").

WHEREAS, on July 24, 2020, the Debtor filed an amended Form 101 Voluntary Petition [Docket No. 37] and Certification in Support [Docket No. 38], which "unelected" her Subchapter V status and changed the status of her bankruptcy proceeding to a Standard Chapter 11.

WHEREAS, in the Debtor's initial Schedule D (Creditors Who Have Claims Secured by Property), the Debtor listed "US Small Business Administration" as a creditor with a claim of $596,456.53 secured by four properties, (i) 223 Gordons Corner Road, Marlboro, NJ 07746, (ii) 164 Beach Avenue, Jersey City, NJ, (iii) 714 S. Halliday St., Anaheim, CA, and (iv) 18885 NW Park Ridge, Beaverton, OR [legal description of Lot 33, Parks at Tanasbourne, in the City of Hillsboro, County of Washington and State of Oregon] (collectively, the "Properties"). [Docket No. 1 at page 28-29 of 62].

WHEREAS, on September 21, 2020, the Debtor filed an amended Schedule D and listed the Claimant as "Others to Be Notified for a Debt That You Already Listed," referencing the scheduled entries pertaining to the US Small Business Administration.

**Debtors:**  In re: Hiteshri Patel
**Case No.:** 20-17880 (KCF)
**Page #:** 3
**Caption:** Stipulation and Consent Order Authorizing West Valley National Bank to File a Late Proof of Claim

WHEREAS, on or about July 17, 2017, the Claimant extended a loan (the 'Loan') in the principal amount of $750,000.00 through the U.S. Small Business Association, to Shardanu Pizza Prs1, Inc., A California Corporation and Shardanu Pizza Prs2, Inc., A California Corporation (jointly, the "Borrowers"), which obligations were guaranteed by the Debtor and her husband, Himanshu Patel, and secured by the Properties.

WHEREAS, the Claimant is a secured creditor of the Debtor.

WHEREAS the Deadline for Filing Claims (the "Bar Date") expired on September 3, 2020, prior to the Debtor amending her schedules on September 21, 2020,

WHEREAS, Claimant retained counsel after it was provided with notice that the Bar Date had already passed, such that Claimant was not able to timely file a proof of claim.

NOW, THEREFORE, the Parties hereby stipulate and agree and the Court hereby ORDERS as follows:

Claimant shall, within ten days of entry of this Order, execute and file a proof of claim with the Clerk of the United States Bankruptcy Court for the District of New Jersey in this bankruptcy proceeding, and same shall be considered timely filed.

–

| | |
|---|---|
| **Debtors:** | In re: Hiteshri Patel |
| **Case No.:** | 20-17880 (KCF) |
| **Page #:** | 4 |
| **Caption:** | Stipulation and Consent Order Authorizing West Valley National Bank to File a Late Proof of Claim |

Dated: January 12, 2021

**CONSENTED TO AS TO FORM AND ENTRY:**

MIDDLEBROOKS SHAPIRO, P.C.

*/s/ Melinda Middlebrooks*
MELINDA D. MIDDLEBROOKS
841 Mountain Ave.
First Floor
Springfield, NJ 07081
Telephone: (973) 218-6877
Email: Middlebrooks@middlebrooksshapiro.com

*Counsel for Debtor and Debtor-in-Possession, Hiteshri Patel*

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

*/s/ Gary D. Bressler*
GARY D. BRESSLER
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07960
Telephone: (973) 993-8100
Email: GBressler@mdmc-law.com

*Counsel for Creditor, West Valley National Bank*