Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−17880−KCF
Chapter: 11
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hiteshri Patel
   223 Gordons Corner Road
   Marlboro, NJ 07746

Social Security No.:
   xxx−xx−9854

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:    2/25/21
Time:    02:30 PM
Location:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Melinda D. Middlebrooks, Debtor's Attorney

COMMISSION OR FEES
FEES $33,062.00

EXPENSES
$1,934.60

If this is a chapter 13 case, the fees and expenses awarded:

   ☐   will not reduce the amount to be paid to general unsecured creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 27, 2021
JAN: ckk

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Hiteshri Patel  
Debtor

Case No. 20-17880-KCF  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jan 27, 2021      Form ID: 137      Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hiteshri Patel, 223 Gordons Corner Road, Marlboro, NJ 07746-1257 |
| tr | + | Ciardi Ciardi & Astin, Nicole M. Nigrelli, 1905 Spruce Street, Philadelphia, PA 19103-5732 |
| acc | + | Kotulak & Company, PC, 1035 Route 46 East, Suite B-107, Clifton, NJ 07013-2430 |
| cr | + | MATRIX FINANCIAL SERVICES CORP., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| sp | + | Szeto & Ibarra, LLP, Shatford Law, 16491 Scientific Way, Irvine, CA 92618-4355 |
| acc | + | Waldman Tax & Financial Services, 7861 Valley View Street, La Palma, CA 90623-1849 |
| 518875872 | | 5th and PCH - Retail, PO Box 840628, Los Angeles, CA 90084-0628 |
| 518875873 | + | Capref Strand LLC, 8333 Douglas Avenue, Suite 975, Dallas, TX 75225-5895 |
| 518875875 | + | Citi, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 518875876 | | Costco, Citcards, PO Box 790046, Saint Louis, MO 63179-0046 |
| 518875878 | + | DSC America, Inc., c/o Kennedy Wilson Properties, Ltd, 151 S. El Camino Drive, Beverly Hills, CA 90212-2704 |
| 518876978 | + | Faisal M. Shah, 1857 North Gate Road, Scotch Plains, NJ 07076-2942 |
| 518876979 | + | Frank Pontoriero, 551 2nd Avenue, Lyndhurst, NJ 07071-1512 |
| 518875880 | + | GE HFS, LLC, 9900 Innovation Drive, RP - 2100, Milwaukee, WI 53226-4856 |
| 518875881 | | HF Holdings, Inc., PO Box 593080, Huntington Beach, CA 92648 |
| 518876980 | + | Himanshu K Patel, 223 Gordons Corner Road, Marlboro, NJ 07746-1257 |
| 518875883 | + | Konica Minolta, TIAA Commercial Finance, Inc., 10 Waterview Boulevard, Parsippany, NJ 07054-1286 |
| 518875884 | + | Landmark Health/Brown Mills, LLC, c/o Post Polak, P.A., Attn: David L. Epstein, 425 Eagle Rock Avenue, Suite 200, Roseland, NJ 07068-1717 |
| 518937762 | + | MATRIX FINANCIAL SERVICES CORP., FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 518875886 | + | NFS Leasing, Inc., 900 Cummings Center, Suite 226-U, Beverly, MA 01915-6183 |
| 518875887 | + | RMS Franchise Group, 2390 E. Orangewood Ave., Suite 550, Anaheim, CA 92806-6174 |
| 518875888 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 518876981 | #+ | Shardanu Pizza Prs 1, Inc., 5242 E. 2nd Street, Long Beach, CA 90803-5329 |
| 518876982 | #+ | Shrdanu Pizza Prs2, Inc., 150 5th Street, Huntington Beach, CA 92648-5138 |
| 518875889 | + | TIAA Commercial Finance, Inc., c/o Kutak Rock LLP, Attn: Lisa M. Peters, Esq., 1650 Farnam Street, Omaha, NE 68102-2186 |
| 518963013 | + | West Valley National Bank, 2111 E Highland Ave #B-150, Phoenix, AZ 85016-4757 |
| 518875891 | + | Yogesh Patel, 714 S Halliday St, Anaheim, CA 92804-3129 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 27 2021 22:16:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 27 2021 22:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 27 2021 22:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

Case 20-17880-KCF    Doc 123    Filed 01/29/21    Entered 01/30/21 00:19:03    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2021 | Form ID: 137 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518875877 | | Email/Text: mrdiscen@discover.com | Jan 27 2021 22:16:00 | Discover, P.O. Box 15251, Wilmington, DE 19886 |
| 518875879 | | Email/Text: cashiering-administrationservices@flagstar.com | Jan 27 2021 22:18:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 518875874 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 27 2021 22:38:04 | Chase, Cardmember Services, P.O. Box 6294, Carol Stream, IL 60197-6294 |
| 518875885 | | Email/Text: camanagement@mtb.com | Jan 27 2021 22:17:00 | M&T Bank, PO Box 62182, Baltimore, MD 21264-2182 |
| 518907590 | | Email/Text: camanagement@mtb.com | Jan 27 2021 22:17:00 | M&T Bank, c/o Schiller Knapp Lefkowitz Hertzel LLP, Post Office Box 840, Buffalo, NY 14240 |
| 518875890 | + | Email/Text: bankruptcynotices@sba.gov | Jan 27 2021 22:16:00 | US Small Business Administration, 409 3rd St, SW, Washington, DC 20416-0005 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518875882 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 29, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gary D. Bressler | on behalf of Creditor West Valley National Bank gbressler@mdmc-law.com scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com |
| James N. Lawlor | on behalf of Creditor NFS Leasing Inc. jlawlor@wmd-law.com |
| Joseph Francis Pacelli | on behalf of Creditor NFS Leasing Inc. jpacelli@wmd-law.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Melinda D. Middlebrooks | on behalf of Debtor Hiteshri Patel middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |
| Nicole M. Nigrelli | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 27, 2021 | Form ID: 137 | Total Noticed: 36 |

on behalf of Trustee Nicole M. Nigrelli nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8