UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on February 2, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
   Hiteshri Patel

Case No.:   20-17880

Chapter:    11 (Individual)

Judge:      Kathryn C. Ferguson

**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, SETTING
DEADLINES, AND SCHEDULING CONFIRMATION HEARING**

The relief set forth on the following page is **ORDERED**.

**DATED: February 2, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having been opened to the Court by <u>Hiteshri Patel</u>, Plan Proponent, upon the filing of an Individual Second Modified Chapter 11 Combined Plan and Disclosure Statement; it is **ORDERED**, and notice is hereby given, that:

A. The Disclosure Statement dated January 28, 2021 is conditionally approved.

B. Within 3 days after the entry of this Order, the Plan, the Disclosure Statement, a ballot conforming to Official Form 314, and a copy of this order must be served on creditors, equity security holders, and other parties in interest by the plan proponent, and shall be transmitted to the United States Trustee.

C. March 18, 2021 is fixed as the last day for filing and serving written objections to the Disclosure Statement and confirmation of the Plan.

D. March 18, 2021 is fixed as the last day for filing written acceptances or rejections of the Plan under D.N.J. LBR 3018-1(a).

E. A hearing will be held on March 25, 2021 at 2:00 p.m. for final approval of the Disclosure Statement (if a written objection has been timely filed) and for confirmation of the Plan before the Honorable Kathryn C. Ferguson, United States Bankruptcy Court, District of New Jersey, 402 East State Street, Trenton, NJ 08608, in Courtroom 2.

*rev.10/1/18*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-17880-KCF

Hiteshri Patel  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 02, 2021 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hiteshri Patel, 223 Gordons Corner Road, Marlboro, NJ 07746-1257 |
| tr | + | Ciardi Ciardi & Astin, Nicole M. Nigrelli, 1905 Spruce Street, Philadelphia, PA 19103-5732 |
| acc | + | Kotulak & Company, PC, 1035 Route 46 East, Suite B-107, Clifton, NJ 07013-2430 |
| cr | + | MATRIX FINANCIAL SERVICES CORP., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| sp | + | Szeto & Ibarra, LLP, Shatford Law, 16491 Scientific Way, Irvine, CA 92618-4355 |
| acc | + | Waldman Tax & Financial Services, 7861 Valley View Street, La Palma, CA 90623-1849 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gary D. Bressler | on behalf of Creditor West Valley National Bank gbressler@mdmc-law.com scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com |
| James N. Lawlor | on behalf of Creditor NFS Leasing  Inc. jlawlor@wmd-law.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Feb 02, 2021 | Form ID: pdf900 | Total Noticed: 6

| | |
|---|---|
| Joseph Francis Pacelli | on behalf of Creditor NFS Leasing Inc. jpacelli@wmd-law.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Melinda D. Middlebrooks | on behalf of Debtor Hiteshri Patel middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |
| Nicole M. Nigrelli | on behalf of Trustee Nicole M. Nigrelli nnigrelli@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8