UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on February 9, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.:

Chapter:   11 (Individual)

Judge:   Kathryn C. Ferguson

# AMENDED ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, SETTING DEADLINES, AND SCHEDULING CONFIRMATION HEARING

The relief set forth on the following page is **ORDERED.**

**DATED: February 9, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having been opened to the Court by <u>Hiteshri Patel</u>, Plan Proponent, upon the filing of an Individual Second Modified Chapter 11 Combined Plan and Disclosure Statement; it is

**ORDERED**, and notice is hereby given, that:

A. The Disclosure Statement dated _____ is conditionally approved.

B. Within ~~3 day~~s [7 days] after the entry of this Order, the Plan, the Disclosure Statement, a ballot conforming to Official Form 314, and a copy of this order must be served on creditors, equity security holders, and other parties in interest by the plan proponent, and shall be transmitted to the United States Trustee.

C. _____ is fixed as the last day for filing and serving written objections to the Disclosure Statement and confirmation of the Plan.

D. _____ is fixed as the last day for filing written acceptances or rejections of the Plan under D.N.J. LBR 3018-1(a).

E. A hearing will be held on _____ at _____ for final approval of the Disclosure Statement (if a written objection has been timely filed) and for confirmation of the Plan before the Honorable <u>Kathryn C. Ferguson</u>, United States Bankruptcy Court, District of New Jersey, <u>402 East State Street, Trenton, NJ 08608</u>, in Courtroom <u>  2  </u>.

*rev.10/1/18*

2