UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on February 9, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Hiteshri Patel

Case No.: 20-17880

Chapter: 11 (Individual)

Judge: Kathryn C. Ferguson

# AMENDED ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, SETTING DEADLINES, AND SCHEDULING CONFIRMATION HEARING

The relief set forth on the following page is **ORDERED.**

**DATED: February 9, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having been opened to the Court by <u>Hiteshri Patel</u>, Plan Proponent, upon the filing of an Individual Second Modified Chapter 11 Combined Plan and Disclosure Statement; it is

**ORDERED**, and notice is hereby given, that:

A. The Disclosure Statement dated <u>  January 28, 2021  </u> is conditionally approved.

B. Within 3̶ ̶d̶a̶y̶s̶ [7 days] after the entry of this Order, the Plan, the Disclosure Statement, a ballot conforming to Official Form 314, and a copy of this order must be served on creditors, equity security holders, and other parties in interest by the plan proponent, and shall be transmitted to the United States Trustee.

C. <u>  March 18, 2021  </u> is fixed as the last day for filing and serving written objections to the Disclosure Statement and confirmation of the Plan.

D. <u>  March 18, 2021  </u> is fixed as the last day for filing written acceptances or rejections of the Plan under D.N.J. LBR 3018-1(a).

E. A hearing will be held on <u> March 25, 2021 </u> at <u>  2:00 p.m.  </u> for final approval of the Disclosure Statement (if a written objection has been timely filed) and for confirmation of the Plan before the Honorable <u> Kathryn C. Ferguson </u>, United States Bankruptcy Court, District of New Jersey, <u>402 East State Street, Trenton, NJ 08608                        </u>, in Courtroom <u>   2   </u>.

*rev.10/1/18*

United States Bankruptcy Court
District of New Jersey

In re:  
Hiteshri Patel  
    Debtor

Case No. 20-17880-KCF  
Chapter 11

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 09, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2021:**

**Recip ID    Recipient Name and Address**  
db    + Hiteshri Patel, 223 Gordons Corner Road, Marlboro, NJ 07746-1257

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2021 at the address(es) listed below:**

**Name**    **Email Address**

Denise E. Carlon  
    on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gary D. Bressler  
    on behalf of Creditor West Valley National Bank gbressler@mdmc-law.com  
    scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com

James N. Lawlor  
    on behalf of Creditor NFS Leasing  Inc. jlawlor@wmd-law.com

Joseph Francis Pacelli  
    on behalf of Creditor NFS Leasing  Inc. jpacelli@wmd-law.com

Lauren Bielskie  
    on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Melinda D. Middlebrooks

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 09, 2021 | Form ID: pdf903 | Total Noticed: 1 |

                on behalf of Debtor Hiteshri Patel middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

Nicole M. Nigrelli

                on behalf of Trustee Nicole M. Nigrelli nnigrelli@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

U.S. Trustee

                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8