UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
middlebrooks@middlebrooksshapiro.com
Counsel for Chapter 11 Debtor and
Debtor-In-Possession,
Hiteshri Patel

In Re:

HITESHRI PATEL

Chapter 11 Debtor and Debtor-In-Possession.

Case No.: 20-17880 (KCF)

Chapter: 11

Adv. No.:

Hearing Date: 3/25/2020 at 2:00PM

Judge: Kathryn C. Ferguson

## CERTIFICATION OF SERVICE

1. I, Melinda D. Middlebrooks, Esq. :

    ☒ represent Debtor and Debtor-In-Possession in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On February 11, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Amended Order Conditionally Approving Disclosure Statement, Setting Deadlines, and Scheduling Confirmation Hearing (Docket No. 127);and First Modified Individual Debtor's Chapter 11 Combined Plan of Reorganization and Disclosure Statement (Docket No. 121); and a form of Ballot.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: February 11, 2021

/s/ Melinda D. Middlebrooks
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Hiteshri Patel | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  E-Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lauren Bielskie, Esq.<br>United States Trustee<br>Office of the United States Trustee<br>1085 Raymond Blvd.<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102-5235 | Office of the United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Attorney<br>970 Broad St.<br>Room 502<br>Rodino Federal Bldg.<br>Newark, NJ 07102-2534 | US Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| 5th and PCH – Retail<br>PO Box 840628<br>Los Angeles, CA 90084-0628 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capref Strand, LLC<br>8333 Douglas Avenue<br>Suite 975<br>Dallas, TX 75225-5895 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Chase<br>Cardmember Services<br>PO Box 6294<br>Carol Stream, IL 60197-6294 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Citi<br>PO Box 9001037<br>Louisville, KY 40290-1037 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Costco<br>Citicards<br>PO Box 790046<br>Saint Louis, MO 63179-0046 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Discover Financial Services, LLC<br>PO Box 15251<br>Wilmington, DE 19886 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| DSC America, Inc.<br>c/o Kennedy Wilson Properties, Ltd.<br>151 S. El Camino Drive<br>Beverly Hills, CA 90212-2704 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Faisal M. Shah<br>1857 North Gate Road<br>Scotch Plains, NJ 07076-2942 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| GE HFS, LLC<br>9900 Innovation Drive<br>RP – 2100<br>Milwaukee, WI 53226-4856 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| HF Holdings, Inc.<br>PO Box 593080<br>Huntington Beach, CA 92648 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Konica Minolta<br>TIAA Commercial Finance, Inc.<br>c/o Kutak Rock LLP<br>Attn: Lisa M. Peters, Esq.<br>1650 Farnam Street<br>Omaha, NE 68102-2186 | Counsel for KM/TIAA | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kotulak & Company, PC<br>Attn: David Armstrong, CPA<br>1035 Route 46 East<br>Suite B-107<br>Clifton, NJ 07014-2430 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Landmark Health/Brown Mills, LLC<br>c/o Post Polak, P.A.<br>Attn: David L. Epstein<br>425 Eagle Rock Avenue, Suite 200<br>Roseland, NJ 07068-1717 | Counsel for Landmark Health | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Matrix Financial Services Corp.<br>c/o KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Counsel for Matrix Financial Services Corp. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| M&T Bank<br>PO Box 840<br>Buffalo, NY 14240 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| NFS Leasing<br>c/o Joseph Francis Pacelli, Esq.<br>Wollmuth Maher & Deutsch, LLP<br>500 Fifth Avenue, 12th Floor<br>New York, NY 10110 | Counsel for NFS Leasing | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| State Of New Jersey<br>Division of Taxation Bankruptcy Unit<br>PO Box 245<br>Trenton, NJ 08646-0245 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Small Business Administration<br>409 3rd St. SW<br>Washington, DC 20416-0005 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| FE HFS, LLC<br>9900 Innovation Drive<br>RP – 2100<br>Milwaukee, WI 53226-4856 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Waldman Tax & Financial Services<br>7861 Valley View Street<br>La Palma, CA 90623-1849 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| West Valley National Bank<br>Gary D. Bressler, Esq.<br>1300 Mount Kemble Avenue<br>PO Box 2075<br>Morristown, NJ 07962 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |