UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**MIDDLEBROOKS SHAPIRO, P.C.**
841 Mountain Avenue, First Floor
Springfield, New Jersey  07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
*middlebrooks@middlebrooksshapiro.com*
Attorneys for the Chapter 11 Debtor and
Debtor-in-Possession, Hiteshri Patel

**HITESHRI PATEL,**

 Chapter 11 Debtor and Debtor-in-Possession.

**Order Filed on February 26, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 20-17880-KCF

Adv. No.

Hearing Date:

Judge: Kathryn C. Ferguson

# ORDER AWARDING FIRST INTERIM FEES AND REIMBURSEMENT OF EXPENSES TO MIDDLEBROOKS SHAPIRO, P.C. AS COUNSEL FOR THE DEBTOR

The relief set forth on the following page, paragraphs numbered one (1) through three (3) is hereby **ORDERED**.

**DATED: February 26, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Case: In re: Hiteshri Patel
Case Number: 20-17880-KCF
Caption of Order: **Order Awarding First Interim Fees and Reimbursement of Expenses to Middlebrooks Shapiro, P.C. as Counsel for the Debtor**
Page: 2

1. The law firm of Middlebrooks Shapiro, P.C., be and is hereby awarded an interim allowance of fees in the amount of $ 33,062.00, together with reimbursement for its out-of-pocket disbursements in the amount of $ 1,934.60.

2. The law firm of Middlebrooks Shapiro, P.C., be and is hereby authorized to apply the retainer in the sum of $5,000.00 and filing fee of $1,717.00 against the award set forth at ¶1 above.

3. ~~The Debtor shall be and is hereby authorized to make payment to Middlebrooks Shapiro, P.C. in the amount set for at ¶1 above within _____ days from entry of the within Order.~~