| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**MIDDLEBROOKS SHAPIRO, P.C.**<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey  07081<br>(973) 218-6877<br>Melinda D. Middlebrooks, Esq.<br>*middlebrooks@middlebrooksshapiro.com*<br>Attorneys for the Chapter 11 Debtor and<br>Debtor-in-Possession, Hiteshri Patel | **Order Filed on February 26, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| **HITESHRI PATEL,**<br><br> Chapter 11 Debtor and Debtor-in-Possession. | Case No. 20-17880-KCF<br><br>Adv. No.<br><br>Hearing Date:<br><br>Judge: Kathryn C. Ferguson |

### ORDER AWARDING FIRST INTERIM FEES AND REIMBURSEMENT OF EXPENSES TO MIDDLEBROOKS SHAPIRO, P.C. AS COUNSEL FOR THE DEBTOR

The relief set forth on the following page, paragraphs numbered one (1) through three (3) is hereby **ORDERED**.

**DATED: February 26, 2021**

*/s/ Kathryn C. Ferguson*
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Case: In re: Hiteshri Patel
Case Number: 20-17880-KCF
Caption of Order: **Order Awarding First Interim Fees and Reimbursement of Expenses to Middlebrooks Shapiro, P.C. as Counsel for the Debtor**
Page: 2

1. The law firm of Middlebrooks Shapiro, P.C., be and is hereby awarded an interim allowance of fees in the amount of $ 33,062.00  , together with reimbursement for its out-of-pocket disbursements in the amount of $ 1,934.60  .

2. The law firm of Middlebrooks Shapiro, P.C., be and is hereby authorized to apply the retainer in the sum of $5,000.00 and filing fee of $1,717.00 against the award set forth at ¶1 above.

3. ~~The Debtor shall be and is hereby authorized to make payment to Middlebrooks Shapiro, P.C. in the amount set for at ¶1 above within _____ days from entry of the within Order.~~

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-17880-KCF |
| Hiteshri Patel | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 26, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Hiteshri Patel, 223 Gordons Corner Road, Marlboro, NJ 07746-1257 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gary D. Bressler | on behalf of Creditor West Valley National Bank gbressler@mdmc-law.com scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com |
| James N. Lawlor | on behalf of Creditor NFS Leasing  Inc. jlawlor@wmd-law.com |
| Joseph Francis Pacelli | on behalf of Creditor NFS Leasing  Inc. jpacelli@wmd-law.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Melinda D. Middlebrooks | |

District/off: 0312-3                  User: admin                  Page 2 of 2
Date Rcvd: Feb 26, 2021                  Form ID: pdf903                  Total Noticed: 1

| | |
|---|---|
| | on behalf of Plaintiff Hiteshri Patel middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |
| Melinda D. Middlebrooks | |
| | on behalf of Debtor Hiteshri Patel middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |
| Nicole M. Nigrelli | |
| | on behalf of Trustee Nicole M. Nigrelli nnigrelli@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9