**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WOLLMUTH MAHER & DEUTSCH LLP
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (pro hac vice)
500 Fifth Avenue, 12th Floor
New York, New York 10110
-and-
90 Washington Valley Road
Bedminster, NJ 07921
Tel: (212) 382-3300
Fax: (212) 382-0050
Email:  jlawlor@wmd-law.com
        jpacelli@wmd-law.com

Counsel for NFS Leasing, Inc.

In Re:

HITESHRI PATEL,

Debtor.

Case No.: 20-17880 (KCF)
Chapter: 11
Adv. No.:
Hearing Date: March 25, 2021
Judge: Kathryn C. Ferguson

## CERTIFICATION OF SERVICE

1. I, James N. Lawlor :

   ☒ represent NFS Leasing, Inc. in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On March 2, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   NFS Leasing, Inc.'s Objection to the Debtors Second Modified Individual Debtor's Chapter 11 Combined Plan of Reorganization and Disclosure Statement

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: March 2, 2021

/s/ James N. Lawlor
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Melinda D. Middlebrooks<br>Joseph M. Shapiro<br>Middlebrooks Shapiro, P.C.<br>841 Mountain Ave First Floor<br>Springfield, NJ 07081<br>middlebrooks@middlebrooksshapiro.com<br>jshapiro@middlebrooksshapiro.com | Debtor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __ECF & Email__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lauren Bielski, Esq.<br>U.S. Trustee's Office<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>lauren. bielskie@usdoj.gov | United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __ECF & Email__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hiteshri Patel<br>223 Gordons Corner Road<br>Marlboro, NJ 07746 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |