UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
HITESHRI PATEL,

Chapter 11 Debtor.

Case No.: 20-17880 (KCF)  
Chapter: 11  
Judge: Ferguson

## NOTICE OF PROPOSED PRIVATE SALE

__Hiteshri Patel__, __Chapter 11 Debtor__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: United States Bankruptcy Court  
Clarkson S. Fisher US Courthouse  
402 East State Street  
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __3/30/2021__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __2__, __402 East State Street Trenton, NJ 08608__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 10535 NE PARK RIDGE WAY, HILLSBORO, OREGON

Proposed Purchaser: Benjamin Smith

Sale price: $435,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: 1. Tim Saeland  
Amount to be paid: 1. 5.5%  
Services rendered: 1. Realtor fees

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Middlebrooks Shapiro, P.C.

Address: 841 Mountain Avenue, First Floor, Springfield, New Jersey 07081

Telephone No.: 973 218 6877

*rev.8/1/15*