**MIDDLEBROOKS SHAPIRO, P.C.**
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Angela N. Stein, Esq.
*anstein@middlebrooksshapiro.com*
Attorneys for Hiteshri Patel

|  |  |
|---|---|
| In the Matter of: | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| **HITESHRI PATEL**, | Honorable Kathryn C. Ferguson |
| Chapter 11 Debtor and Debtor-in-Possession. | Chapter 11 |
|  | Case No. 20-17880-KCF |
|  | Hearing Date: March 30, 2021 at 10:00 a.m. |

**STATEMENT AS TO WHY NO BRIEF IS NECESSARY IN ACCORDANCE WITH LOCAL RULES OF BANKRUPTCY PRACTICE**

**PLEASE TAKE NOTICE** that the facts movant relies upon, as set forth in the accompanying Application and Certification of Debtor, and the basis for granting the Motion for Order Authorizing Sale of Real Property Located at 10535 NE Park Ridge Way in Hillsboro, Oregon With Liens to Attach to Proceeds Pursuant to 11 U.S.C. §§ 363(b), 363(f), 365, Fed. R. Bankr. P. 4001(d), and D.N.J. LBR 6004-1; and For Related Relief (the "Motion"), do not present complicated questions of fact or unique questions of law. It is hereby submitted that no brief is necessary pursuant to D.N.J. L.B.R. 9013-1(a)(3) in the Court's consideration of the within Motion.

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby waived, unless a timely objection is filed with this Court.

                                        **MIDDLEBROOKS SHAPIRO, P.C.**
                                        Attorneys for Chapter 11 Debtor and
                                        Debtor-in-Possession, Hiteshri Patel

                                        /s/ Angela N. Stein
Dated: 3/3/2021                        By: Angela N. Stein, Esq.