UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: <br> HITESHRI PATEL, <br> Chapter 11 Debtor. | Case No.: 20-17880 (KCF) <br> Chapter: 11 <br> Judge: Ferguson |

## NOTICE OF PROPOSED PRIVATE SALE

_____Hiteshri Patel_____, ___Chapter 11 Debtor___, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: United States Bankruptcy Court
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable ___Kathryn C. Ferguson___ on ___3/30/2021___ at ___10:00___ a.m. at the United States Bankruptcy Court, courtroom no. __2__, ___402 East State Street Trenton, NJ 08608___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 10535 NE PARK RIDGE WAY, HILLSBORO, OREGON

Proposed Purchaser: Benjamin Smith

Sale price: $435,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: 1. Tim Saeland
Amount to be paid: 1. 5.5%
Services rendered: 1. Realtor fees

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Middlebrooks Shapiro, P.C.

Address: 841 Mountain Avenue, First Floor, Springfield, New Jersey 07081

Telephone No.: 973 218 6877

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 20-17880-KCF

Hiteshri Patel                                                                          Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                  User: admin                  Page 1 of 3

Date Rcvd: Mar 03, 2021              Form ID: pdf905              Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

| | |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hiteshri Patel, 223 Gordons Corner Road, Marlboro, NJ 07746-1257 |
| tr | + | Ciardi Ciardi & Astin, Nicole M. Nigrelli, 1905 Spruce Street, Philadelphia, PA 19103-5732 |
| acc | + | Kotulak & Company, PC, 1035 Route 46 East, Suite B-107, Clifton, NJ 07013-2430 |
| cr | + | MATRIX FINANCIAL SERVICES CORP., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| r | | Re/Max Equity Group, c/o Tim Saeland, 6425 SW Capital Hwy, Portland, OR 97239 |
| sp | + | Szeto & Ibarra, LLP, Shatford Law, 16491 Scientific Way, Irvine, CA 92618-4355 |
| acc | + | Waldman Tax & Financial Services, 7861 Valley View Street, La Palma, CA 90623-1849 |
| 518875872 | | 5th and PCH - Retail, PO Box 840628, Los Angeles, CA 90084-0628 |
| 518875873 | + | Capref Strand LLC, 8333 Douglas Avenue, Suite 975, Dallas, TX 75225-5895 |
| 518875878 | + | DSC America, Inc., c/o Kennedy Wilson Properties, Ltd, 151 S. El Camino Drive, Beverly Hills, CA 90212-2704 |
| 518876978 | + | Faisal M. Shah, 1857 North Gate Road, Scotch Plains, NJ 07076-2942 |
| 518876979 | + | Frank Pontoriero, 551 2nd Avenue, Lyndhurst, NJ 07071-1512 |
| 518875880 | + | GE HFS, LLC, 9900 Innovation Drive, RP - 2100, Milwaukee, WI 53226-4856 |
| 518875881 | | HF Holdings, Inc., PO Box 593080, Huntington Beach, CA 92648 |
| 518876980 | + | Himanshu K Patel, 223 Gordons Corner Road, Marlboro, NJ 07746-1257 |
| 518875883 | + | Konica Minolta, TIAA Commercial Finance, Inc., 10 Waterview Boulevard, Parsippany, NJ 07054-1286 |
| 518875884 | + | Landmark Health/Brown Mills, LLC, c/o Post Polak, P.A., Attn: David L. Epstein, 425 Eagle Rock Avenue, Suite 200, Roseland, NJ 07068-1717 |
| 518937762 | + | MATRIX FINANCIAL SERVICES CORP., FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 518875886 | + | NFS Leasing, Inc., 900 Cummings Center, Suite 226-U, Beverly, MA 01915-6183 |
| 518875887 | + | RMS Franchise Group, 2390 E. Orangewood Ave., Suite 550, Anaheim, CA 92806-6174 |
| 518875888 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 518876981 | #+ | Shardanu Pizza Prs 1, Inc., 5242 E. 2nd Street, Long Beach, CA 90803-5329 |
| 518876982 | #+ | Shrdanu Pizza Prs2, Inc., 150 5th Street, Huntington Beach, CA 92648-5138 |
| 518875889 | + | TIAA Commercial Finance, Inc., c/o Kutak Rock LLP, Attn: Lisa M. Peters, Esq., 1650 Farnam Street, Omaha, NE 68102-2186 |
| 518963013 | + | West Valley National Bank, 2111 E Highland Ave #B-150, Phoenix, AZ 85016-4757 |
| 518875891 | + | Yogesh Patel, 714 S Halliday St, Anaheim, CA 92804-3129 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 03 2021 21:20:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 03 2021 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 03 2021 21:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518875875 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 03 2021 21:34:06 | Citi, P.O. Box 9001037, Louisville, KY |

Case 20-17880-KCF    Doc 148    Filed 03/05/21    Entered 03/06/21 00:21:12    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2021 | Form ID: pdf905 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518875876 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 03 2021 21:34:51 | Costco, Citcards, PO Box 790046, Saint Louis, MO 63179-0046 40290-1037 |
| 518875877 | | Email/Text: mrdiscen@discover.com | Mar 03 2021 21:19:00 | Discover, P.O. Box 15251, Wilmington, DE 19886 |
| 518875879 | | Email/Text: cashiering-administrationservices@flagstar.com | Mar 03 2021 21:21:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 518875874 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 03 2021 21:33:01 | Chase, Cardmember Services, P.O. Box 6294, Carol Stream, IL 60197-6294 |
| 518875885 | | Email/Text: camanagement@mtb.com | Mar 03 2021 21:20:00 | M&T Bank, PO Box 62182, Baltimore, MD 21264-2182 |
| 518907590 | | Email/Text: camanagement@mtb.com | Mar 03 2021 21:20:00 | M&T Bank, c/o Schiller Knapp Lefkowitz Hertzel LLP, Post Office Box 840, Buffalo, NY 14240 |
| 518875890 | + | Email/Text: bankruptcynotices@sba.gov | Mar 03 2021 21:19:00 | US Small Business Administration, 409 3rd St, SW, Washington, DC 20416-0005 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518875882 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 05, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gary D. Bressler | on behalf of Creditor West Valley National Bank gbressler@mdmc-law.com scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com |
| James N. Lawlor | on behalf of Creditor NFS Leasing Inc. jlawlor@wmd-law.com |
| Joseph Francis Pacelli | on behalf of Creditor NFS Leasing Inc. jpacelli@wmd-law.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |

District/off: 0312-3     User: admin     Page 3 of 3
Date Rcvd: Mar 03, 2021     Form ID: pdf905     Total Noticed: 37

Melinda D. Middlebrooks
     on behalf of Plaintiff Hiteshri Patel middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

Melinda D. Middlebrooks
     on behalf of Debtor Hiteshri Patel middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

Nicole M. Nigrelli
     on behalf of Trustee Nicole M. Nigrelli nnigrelli@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

U.S. Trustee
     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9