UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WOLLMUTH MAHER & DEUTSCH LLP
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (pro hac vice)
500 Fifth Avenue, 12th Floor
New York, New York 10110
-and-
90 Washington Valley Road
Bedminster, NJ 07921
Tel: (212) 382-3300
Fax: (212) 382-0050
Email:   jlawlor@wmd-law.com
         jpacelli@wmd-law.com

Counsel for NFS Leasing, Inc.

In Re:

HITESHRI PATEL,

Debtor.

Case No.: 20-17880 (KCF)
Chapter: 11
Adv. No.:
Hearing Date: March 25, 2021
Judge: Kathryn C. Ferguson

## CERTIFICATION OF SERVICE

1. I, James N. Lawlor :

   ☒ represent NFS Leasing, Inc. in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On March 16 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of NFS Leasing, Inc.'s Motion for Temporary Allowance of Its Claim for Voting Purposes Pursuant to Rule 3018 of the Federal Rules of Bankruptcy Procedure; Application for Order Shortening Time; Order Shortening Time

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: March 16, 2021

/s/ James N. Lawlor
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Melinda D. Middlebrooks<br>Joseph M. Shapiro<br>Middlebrooks Shapiro, P.C.<br>841 Mountain Ave First Floor<br>Springfield, NJ 07081<br>middlebrooks@middlebrooksshapiro.com<br>jshapiro@middlebrooksshapiro.com | Debtor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF, Email, Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lauren Bielski, Esq.<br>U.S. Trustee's Office<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>lauren. bielskie@usdoj.gov | United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF, Email, Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |