UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**MIDDLEBROOKS SHAPIRO, P.C.**
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
*middlebrooks@middlebrooksshapiro.com*
Counsel for Chapter 11 Debtor and
Debtor-in-Possession, Hiteshri Patel

In Re:

**HITESHRI PATEL**,

Chapter 11 Debtor and Debtor-in-Possession.

Case No.:        20-17880(KCF)

Adv. Pro. No.: _____

Chapter:        11

Hearing Date:   3/25/2021 at 2:00 p.m.

Judge:          Kathryn C. Ferguson

**ADJOURNMENT REQUEST**

1.      I, _Melinda D. Middlebrooks, Esq._____,

☒      am the attorney for: ___Hiteshri Patel_____,

☐      am self represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: __Adequacy Hearing and Confirmation of Plan_____

Current hearing date and time: _3/25/2021 at 2:00 p.m._____

New date requested: __4/22/2021 at 2:00 p.m._____

Reason for adjournment request: _To address issues raised by the UST; receive responsive pleading

to adversary complaint filed against NFS Leasing, Inc. regarding claim dispute and to engage
Mediator in an attempt to resolve disputed claim.

2.      Consent to adjournment:

☒ I have the consent of all parties.      ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.


Date:   March 18, 2021                              /s/ Melinda Middlebrooks
                                                    Signature




**COURT USE ONLY:**
_____

The request for adjournment is:

X   Granted        New hearing date:   4/22/2021 at 2:00 pm        ☐  Peremptory


☐  Granted over objection(s)   New hearing date: _____   ☐  Peremptory


☐  Denied



      **IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**


*new.9/23/15*