UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WOLLMUTH MAHER & DEUTSCH LLP
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (pro hac vice)
500 Fifth Avenue, 12th Floor
New York, New York 10110
-and-
90 Washington Valley Road
Bedminster, NJ 07921
Tel: (212) 382-3300
Fax: (212) 382-0050
Email:   jlawlor@wmd-law.com
         jpacelli@wmd-law.com

Counsel for NFS Leasing, Inc.

In Re:

HITESHRI PATEL,

Debtor.

Case No.:   20-17880 (KCF)

Adv. Pro. No.: _____

Chapter:   11

Hearing Date:  March 25, 2021

Judge:   Hon. Ferguson

**ADJOURNMENT REQUEST**

1.   I, _____ James N. Lawlor _____,

  ☒   am the attorney for: _____ NFS Leasing, Inc. _____,

  ☐   am self represented,

  and request an adjournment of the following hearing for the reason set forth below.

  Matter:  Motion for Temporary Allowance of NFS Leasing, Inc.'s Claim for Voting Purposes

  Current hearing date and time: March 25, 2021 at 2:00 p.m.

  New date requested: April 6, 2021

  Reason for adjournment request:  Confirmation Hearing adjourned. Debtor's Motion to

  Quash to be heard on new date requested.

2.   Consent to adjournment:

  ☐  I have the consent of all parties.   ☒  I do not have the consent of all parties (explain below):

  Counsel for the Debtor previously requested adjournment of this Motion, but has not responded
  as to whether consent is given for adjournment to April 6, 2021.
  On 3/23/21, after adjournment request was submitted to the Court, counsel for the debtor emailed
  chambers and confirmed consent. (dmm)

I certify under penalty of perjury that the foregoing is true.


Date: <u>March 22, 2021</u>                              <u>/s/ James N. Lawlor</u>
                                                       Signature


**COURT USE ONLY:**

The request for adjournment is:

X  Granted          New hearing date:  <u>4/6/2021 at 10:00 a.m.</u>      ☐  Peremptory


☐  Granted over objection(s)   New hearing date: _____      ☐  Peremptory


☐  Denied



**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2