UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WOLLMUTH MAHER & DEUTSCH LLP
James N. Lawlor
90 Washington Valley Boulevard
Bedminster, New Jersey 07921
Tel: (212) 382-3300
Fax: (212) 382-0050
Email: jlawlor@wmd-law.com
Counsel for NFS Leasing, Inc.

In Re:

HITESHRI PATEL,

Debtor.

Case No.: _____20-17880 (KCF)_____

Chapter: _____11_____

Adv. No.: _____

Hearing Date: _____April 6, 2021_____

Judge: _____Kathryn C. Ferguson_____

## CERTIFICATION OF SERVICE

1.  I, _____James N. Lawlor_____ :

    ☒ represent _____NFS Leasing, Inc._____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents
    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.  On _____March 24, 2021_____, I sent a copy of the following pleadings and/or documents
    to the parties listed in the chart below.

    Adjournment Request Granted Regarding NFS Leasing, Inc.'s Motion for Temporary
    Allowance of Its Claim for Voting Purposes Pursuant to Rule 3018 of the Federal Rules of
    Bankruptcy Procedure (New Hearing Date & Time: April 6, 2021 at 10:00 a.m. ET)

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
    indicated.

Date: _____March 24, 2021_____          /s/ James N. Lawlor_____

                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| U.S. Attorney<br>970 Broad St.<br>Room 502<br>Rodino Federal Bldg.<br>Newark, NJ 07102-2534 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hiteshri Patel<br>223 Gordons Corner Road<br>Marlboro, NJ 07746 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Matrix Financial Services Corp.<br>c/o KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Flagstar Bank<br>5151 Corporate Drive<br>Try, MI 48098-2639 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| M&T Bank<br>PO Box 62182<br>Baltimore, MD 21264-2182 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Small Business Administration<br>409 3rd St., SW<br>Washington, DC 20416 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| 5th and PCH - Retail<br>PO Box 840628<br>Los Angeles, CA 90084-0628 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capref Strand LLC<br>8333 Douglas Avenue<br>Suite 975<br>Dallas, TX 75225 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Yogesh Patel<br>714 S Halliday St<br>Anaheim, CA 92804 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kotulak & Company, PC<br>Attn: David Armstrong, CPA<br>1035 Route 46 East<br>Suite B-107<br>Clifton, NJ 07014-2430 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Waldman Tax & Financial Services<br>7861 Valley View Street<br>La Palma, CA 90623-1849 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State Of New Jersey<br>Division of Taxation Bankruptcy Unit<br>PO Box 245<br>Trenton, NJ 08646-0245 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |