UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**MIDDLEBROOKS SHAPIRO, P.C.**
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Angela N. Stein, Esq.
*Anstein@middlebrooksshapiro.com*
Attorneys for the Chapter 11 Debtor and
Debtor-in-Possession, Hiteshri Patel

Order Filed on March 30, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**HITESHRI PATEL,**

Chapter 11 Debtor and Debtor-in-Possession.

Case No.:       20-17880-KCF

Chapter:         11

Hearing Date: March 30, 2021 at 10:00 a.m.

Judge:           Kathryn C. Ferguson

**ORDER AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 10535 NE PARK RIDGE WAY
IN HILLSBORO, OREGON WITH LIENS TO ATTACH TO PROCEEDS PURSUANT TO 11 U.S.C.
§§ 363(b), 363(f), 365 AND FED. R. BANKR. P. 4001(d), AND D.N.J. LBR 6004-1;
AND FOR RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) through three (3), are hereby
**ORDERED**:

**DATED: March 30, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

In re: Hiteshri Patel
Case No.: 20-17880-KCF
Caption of Order: ORDER AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 10535 NE
PARK RIDGE WAY IN HILLSBORO, OREGON WITH LIENS TO ATTACH TO PROCEEDS
PURSUANT TO 11 U.S.C. §§ 363(b), 363(f), 365 AND FED. R. BANKR. P. 4001(d), AND D.N.J. LBR
6004-1; AND FOR RELATED RELIEF
Page 2
_____

1.    The Motion for Order Authorizing Sale of Real Property Located at 10535 NE Park
Ridge Way in Hillsboro, Oregon (the "Property") With Liens to Attach to Proceeds
Pursuant to 11 U.S.C. §§ 363(b), 363(f), 365, Fed. R. Bankr. P. 4001(d), and D.N.J.
LBR 6004-1; and For Related Relief (the "Motion") filed on behalf of Hiteshri Patel
(the "Debtor") shall be and is hereby granted.

2.    Sale of the Property to Benjamin Smith (the "Purchaser") as set forth pursuant to the
Contract of Sale annexed to the Certification of Debtor as Exhibit B shall be and is
hereby free and clear of all liens, claims, interests and encumbrances in accordance
with, and to the extent permitted by 11. U.S.C. § 363(f).

3.    The purchase price of four hundred and thirty-five thousand dollars ($435,000.00)
to be paid by the Purchaser pursuant to the Contract of Sale is fair consideration and
constitutes reasonably equivalent value for the Property.

4.    The Purchaser is a purchaser in good faith, as that term is used in 11 U.S.C. §363(m)
of the Bankruptcy Code, with respect to the sale. The sale was negotiated, proposed
and entered into by the parties in good faith, from arms'-length bargaining positions
and without collusion, and therefore, Purchaser is entitled to the protections of
Bankruptcy Code 11 U.S.C. § 363(m) with respect to the sale. Neither the Debtor nor
Purchaser has engaged in any conduct that would cause or permit the sale to be
voided, nor that would justify the imposition of costs or damages, under Bankruptcy
Code 11 U.S.C. § 363(n).

5.    The transfer of the Property by Debtor to Purchaser upon closing will be a valid,
legal, and effective transfer of the Property notwithstanding any requirement for
approval or consent by any entity (as defined in section 101(15) of the Bankruptcy
Code).

6.    Pursuant to 11 U.S.C. § 363(b), the Debtor is hereby authorized to sell and transfer
the Property pursuant to and in accordance with the terms and conditions of the
Contract of Sale between the Debtor and Purchaser and to take all other actions as
are necessary to effectuate all of the terms thereof and to consummate the
transactions contemplated therein, including, but not limited to, such actions as are
necessary to execute and deliver all documents referenced in and/or contemplated
in connection with the sale without any further authorization of the Court.

In re: Hiteshri Patel
Case No.: 20-17880-KCF
Caption of Order: ORDER AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 10535 NE PARK RIDGE WAY IN HILLSBORO, OREGON WITH LIENS TO ATTACH TO PROCEEDS PURSUANT TO 11 U.S.C. §§ 363(b), 363(f), 365 AND FED. R. BANKR. P. 4001(d), AND D.N.J. LBR 6004-1; AND FOR RELATED RELIEF
Page 3

_____

7.     The sale shall not subject Purchaser to any liability by reason of such transfers and assignments under the laws of the United States, any state, territory or possession thereof or the District of Columbia based, in whole or in part, directly or indirectly, on any theory of law or equity, including, without limitation, any theory of successor or transferee liability, and all creditors and parties-in-interest are prohibited from asserting such claims against Purchasers.

8.     The sale constitutes legal, valid, and effective transfers and shall vest Purchaser with all right, title, and interest of the Debtors in and to the Property.

9.     Any and all objections to the Motion and the relief requested therein that have not been withdrawn, waived or settled, and all reservations of rights included in such objections, are hereby overruled on the merits and denied.

10.     This Court shall retain exclusive jurisdiction to enforce the provisions of this Order and to resolve any issue or dispute concerning the interpretation, implementation or enforcement of this Order or the rights and duties of the parties hereunder or thereunder, including, without limitation, any issue of dispute concerning the transfer of the Property free and clear of Liens and Claims.

11.     The provisions of this Order shall be self-executing, and neither the Debtor, Purchaser nor any other party shall be required to execute or file releases, termination statements, assignments, cancellations, consents or other instruments to effectuate, consummate and/or implement the provisions hereof with respect to such sale; provided, however, that this paragraph shall not excuse such parties from performing any and all of their respective obligations under the sale.

12.     The consideration to be provided by Purchaser in exchange for the Property is hereby deemed to constitute reasonably equivalent value and fair consideration.

13.     West Valley National Bank shall receive the net proceeds of the sale, which shall not be less than $375,000.

14.     Valid liens shall attach to proceeds of the sale.

15.     The fourteen (14) day period under Fed. R. Bankr. P. 6004(h) is hereby waived.

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 20-17880-KCF

Hiteshri Patel                                                                  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 30, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Hiteshri Patel, 223 Gordons Corner Road, Marlboro, NJ 07746-1257 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2021           Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gary D. Bressler | on behalf of Creditor West Valley National Bank gbressler@mdmc-law.com scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com |
| James N. Lawlor | on behalf of Defendant NFS Leasing  Inc. jlawlor@wmd-law.com |
| James N. Lawlor | on behalf of Creditor NFS Leasing  Inc. jlawlor@wmd-law.com |
| Joseph Francis Pacelli | on behalf of Creditor NFS Leasing  Inc. jpacelli@wmd-law.com |
| Lauren Bielskie | |

District/off: 0312-3                                User: admin                                Page 2 of 2
Date Rcvd: Mar 30, 2021                             Form ID: pdf903                            Total Noticed: 1

          on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Melinda D. Middlebrooks
          on behalf of Plaintiff Hiteshri Patel middlebrooks@middlebrooksshapiro.com  melindamiddlebrooks@gmail.com

Melinda D. Middlebrooks
          on behalf of Debtor Hiteshri Patel middlebrooks@middlebrooksshapiro.com  melindamiddlebrooks@gmail.com

Nicole M. Nigrelli
          on behalf of Trustee Nicole M. Nigrelli nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Richard Gerbino
          on behalf of Creditor M&T BANK rgerbino@schillerknapp.com  kcollins@schillerknapp.com;lgadomski@schillerknapp.com

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

Virginia T. Shea
          on behalf of Creditor West Valley National Bank vshea@mdmc-law.com
          mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com


TOTAL: 12