UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey  07081
(973) 218-6788
Melinda D. Middlebrooks, Esq.
middlebrooks@middlebrooksshapiro.com
Attorneys for Hiteshri Patel, Chapter 11
Debtor and Debtor-in-Possessio

In Re:

HITESHRI PATEL,

Chapter 11 Debtor and Debtor-in-Possession.

Case No.: 20-17880-KCF

Adv. Pro. No.: _____

Chapter: 11

Hearing Date: 4/6/2021

Judge: Kathryn C. Ferguson

**ADJOURNMENT REQUEST**

1. I, Melinda D. Middlebrooks, Esq.,

    ☒ am the attorney for: Hiteshri Patel,

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Motion to Quash and Motion for Temporary Allowance of Claim for Voting

    Current hearing date and time: 4/6/2021 at 10:00 a.m.

    New date requested: 4/27/2021 at 10:00 a.m.

    Reason for adjournment request: NFS Leasing and the Debtor are in active settlement discussions with the Court-approved Mediator regarding NFS' claims.

2. Consent to adjournment:

    ☐ I have the consent of all parties.    ☒ I do not have the consent of all parties (explain below):

    Counsel for NFS Leasing, Inc. and the undersigned, counsel for the Debtor participated in a Mediation Organizational Call this morning and agree, subject to client approval, to seek adjournment of these Motions to allow for Mediation to be conducted on April 20th and/or April 21st to attempt to resolve all issues.  Counsels for NFS, West Valley National Bank, the UST, MT&T Bank and the Mediator were copied on an email seeking consent.  Due to the Good Friday holiday and the Three Day Rule, we submit this Adjournment Request.

    All interested parties emailed chambers confirming consent to the adjournment after the adjournment request form was submitted to chambers. (dmm)

I certify under penalty of perjury that the foregoing is true.

Date: 4/2/2021                                         /s/ Melinda Middlebrooks
                                                      Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted         New hearing date:  4/27/2021 at 10:00 a.m.         ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*