UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey  07081
(973) 218-6788
Melinda D. Middlebrooks, Esq.
middlebrooks@middlebrooksshapiro.com
Attorneys for Hiteshri Patel, Chapter 11
Debtor and Debtor-in-Possessio

In Re:

HITESHRI PATEL,

Chapter 11 Debtor and Debtor-in-Possession.

Case No.:  20-17880-KCF

Adv. Pro. No.: _____

Chapter:  11

Hearing Date:  4/6/2021

Judge:  Kathryn C. Ferguson

## ADJOURNMENT REQUEST

1. I, Melinda D. Middlebrooks, Esq.,

   ☒ am the attorney for: Hiteshri Patel,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion to Quash and Motion for Temporary Allowance of Claim for Voting

   Current hearing date and time: 4/6/2021 at 10:00 a.m.

   New date requested: 4/27/2021 at 10:00 a.m.

   Reason for adjournment request: NFS Leasing and the Debtor are in active settlement discussions with the Court-approved Mediator regarding NFS' claims.

2. Consent to adjournment:

   ☐ I have the consent of all parties.    ☒ I do not have the consent of all parties (explain below):

   Counsel for NFS Leasing, Inc. and the undersigned, counsel for the Debtor participated in a Mediation Organizational Call this morning and agree, subject to client approval, to seek adjournment of these Motions to allow for Mediation to be conducted on April 20th and/or April 21st to attempt to resolve all issues.  Counsels for NFS, West Valley National Bank, the UST, MT&T Bank and the Mediator were copied on an email seeking consent.  Due to the Good Friday holiday and the Three Day Rule, we submit this Adjournment Request.

   <span style="color:red">All interested parties emailed chambers confirming consent to the adjournment after the adjournment request form was submitted to chambers. (dmm)</span>

I certify under penalty of perjury that the foregoing is true.

Date: 4/2/2021                                                          /s/ Melinda Middlebrooks
                                                                        Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date:  4/27/2021 at 10:00 a.m.           ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____  ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2