**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey  07068
(973) 622-1800
Sam Della Fera, Jr. (sdellafera@msbnj.com)
*Sam Della Fera, Jr., Mediator*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>HITESHRI PATEL,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 20-17880 (KCF)<br><br>Hearing Date:  April 22, 2021, at 2:00 p.m. |

**ADJOURNMENT REQUEST**

I, Sam Della Fera, Jr.,

☒ am the Mediator appointed in the Adversary Proceeding captioned in the above Chapter 11 case as Patel v. NFS Leasing, Inc., No. 21-1180.
☐ am self-represented.

and request an adjournment of the following hearings for the reason set forth below.

Matter:    Disclosure Statement Adequacy/Plan Confirmation Hearing

Current hearing date and time:  April 22, 2021 at 2:00 p.m.

New date requested:    May 27, 2021 at 2:00 p.m.

Reason for adjournment request: All parties consent to an adjournment to allow time for mediation in the Adversary Proceeding, related settlement discussions, and plan resolution.

☒  I have the consent of all parties.    ☐  I do not have the consent of all parties (explain below):  Not applicable.

I hereby certify under penalty of perjury that the foregoing is true.

Date:  April 20, 2021                              /s/ Sam Della Fera, Jr.
                                                              Sam Della Fera, Jr.

**COURT USE ONLY**

_____

The request for adjournment is:

☒ Granted          New hearing date: 5/27/2021 at 2:00 p.m.      ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____     ☐ Peremptory

☐ Denied


**IMPORTANT:**     **If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2

4821-6175-5622, v. 1