UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**MIDDLEBROOKS SHAPIRO, P.C.**
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
*middlebrooks@middlebrooksshapiro.com*
Attorneys for Hiteshri Patel, Chapter 11 Debtor
and Debtor-in-Possession

In Re:

**HITESHRI PATEL**,

Chapter 11 Debtor and Debtor-in-Possession.

Case No.: 20-17880-KCF

Adv. Pro. No.: _____

Chapter: 11

Hearing Date: 4/27/2021

Judge: Kathryn C. Ferguson

## ADJOURNMENT REQUEST

1. I, Melinda D. Middlebrooks, Esq.,

    [x] am the attorney for: Hiteshri Patel,

    [ ] am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Motion to Quash and Motion for Temporary Allowance of Claim for Voting

    Current hearing date and time: 4/27/2021 at 10:00 a.m.

    New date requested: 5/11/2021 at 10:00 a.m.

    Reason for adjournment request: Hiteshri Patel and NFS Leasing are in active settlement discussions with the Court-approved Mediator regarding NFS' claims.

2. Consent to adjournment:

    [x] I have the consent of all parties.    [ ] I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date:  April 22, 2021          /s/ Melinda Middlebrooks
                               Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 5/11/2021 at 10:00.m.    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*