UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**MIDDLEBROOKS SHAPIRO, P.C.**
841 Mountain Avenue, First Floor
Springfield, New Jersey  07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
*middlebrooks@middlebrooksshapiro.com*
Attorneys for Hiteshri Patel, Chapter 11 Debtor
and Debtor-in-Possession

In Re:

**HITESHRI PATEL**,

Chapter 11 Debtor and Debtor-in-Possession.

Case No.:  20-17880-KCF

Adv. Pro. No.:  _____

Chapter:  11

Hearing Date:  4/27/2021

Judge:  Kathryn C. Ferguson

## ADJOURNMENT REQUEST

1. I, Melinda D. Middlebrooks, Esq.,

    ☒  am the attorney for: Hiteshri Patel,

    ☐  am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Motion to Quash and Motion for Temporary Allowance of Claim for Voting

    Current hearing date and time: 4/27/2021 at 10:00 a.m.

    New date requested: 5/11/2021 at 10:00 a.m.

    Reason for adjournment request: Hiteshri Patel and NFS Leasing are in active settlement discussions with the Court-approved Mediator regarding NFS' claims.

2. Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: __April 22, 2021__                                    __/s/ Melinda Middlebrooks__
                                                            Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted        New hearing date: _5/11/2021 at 10:00.m._        ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____        ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*