| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br> **MIDDLEBROOKS SHAPIRO, P.C.** <br> 841 Mountain Avenue, First Floor <br> Springfield, New Jersey   07081 <br> (973) 218-6877 <br> Melinda Middlebrooks, Esq. <br> *middlebrooks@middlebrooksshapiro.com* <br> Attorneys for Hiteshri Patel, <br> Chapter 11 Debtor and Debtor-in-Possession | **Order Filed on May 11, 2021 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| In Re: <br><br> **HITESHRI PATEL,** <br><br> Chapter 11 Debtor and Debtor-in-Possession. | Honorable Kathryn C. Ferguson <br><br> Chapter 11 <br><br> Case No. 20-17880-KCF <br><br> Hearing Date: April 6, 2021 at 10:00 a.m. |

**ORDER QUASHING THIRD NOTICE TO TAKE ORAL DEPOSITION AND PRODUCE DOCUMENTS DIRECTED TO DEBTOR HITESHRI PATEL BY NFS LEASING, INC. PURSUANT TO FED.R.BANKR.P. 7030 AND 11 U.S.C. §105(a); AND FOR RELATED RELIEF**

The relief set forth on the following page, numbered two (2) through two (2), is hereby **ORDERED.**

**DATED: May 11, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Hiteshri Patel |
| Case No.: | 20-17880-KCF |
| Caption: | Order Quashing Third Notice to Take Oral Deposition and Produce Documents Directed to Debtor Hiteshri Patel by NFS Leasing, Inc. Pursuant to Fed. R. Bankr. P. 7030 and 11 U.S.C. § 105(a); and For |
| (Page 2) | Related Relief |

**THIS MATTER** being brought before the Court on behalf of Hiteshri Patel, Chapter 11 Debtor and Debtor-in-Possession (the "Debtor"), by and through her counsel, Middlebrooks Shapiro, P.C., by way of Motion for Order Quashing Third Notice to Take Oral Deposition and Produce Documents Directed to Debtor Hiteshri Patel by NFS Leasing, Inc. Pursuant to Fed. R. Bankr. P. 7030 and 11 U.S.C. § 105(a); and For Related Relief (the "Motion"); and the Court having considered the pleadings filed in support of the Motion; and the Court having further considered any objection to the Motion; and the Court having further considered oral argument on the Motion, if any; and for good cause shown,

**IT IS HEREBY**

**ORDERED,** that:

(1) The Notice to Take Oral Deposition and Produce Documents Directed to Debtor Hiteshri Patel by NFS Leasing, Inc. dated March 2, 2021, shall be and is hereby quashed pursuant to Fed. R. Bankr. P. 7030 and 11 U.S.C. §105(a); and

(2) Counsel for Debtor Hiteshri Patel is hereby authorized to file a Certification in Support of Debtor's request for reimbursement of attorneys' fees and costs associated with the filing and prosecution of the Motion to Quash within ten (10) days from entry of the within Order.