| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**MIDDLEBROOKS SHAPIRO, P.C.**<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey 07081<br>(973) 218-6877<br>Melinda D. Middlebrooks, Esq.<br>*middlebrooks@middlebrooksshapiro.com*<br>Attorneys for Chapter 11 Debtor and Debtor-in-Possession, Hiteshri Patel | Case No.:    20-17880-KCF<br><br>Chapter:    11 |
| In Re:<br><br>**HITESHRI PATEL**,<br><br>Chapter 11 Debtor and Debtor-in-Possession. | Adv. No.: <br><br>Hearing Date:    May 11, 2021<br><br>Judge:    Kathryn C. Ferguson |

## CERTIFICATION OF SERVICE

1. I, Melinda D. Middlebrooks, Esq. :

    ☒ represent Hiteshri Patel in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On May 12, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Copies of: (1) the Order Quashing Third Notice to Take Oral Deposition and Produce Documents Directed to Hiteshri Patel by NFS Leasing, Inc. Pursuant to Fed.R.Bankr.P. 7030 and 11 U.S.C. Section 105(a); and For Related Relief; and (2) the within Certification of Service.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:    May 12, 2021            /s/ Melinda Middlebrooks
                                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |