UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WOLLMUTH MAHER & DEUTSCH LLP
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq.
500 Fifth Avenue, 12th Floor
New York, New York 10110
-and-
90 Washington Valley Boulevard
Bedminster, New Jersey 07921
jpacelli@wmd-law.com
Tel: (212) 382-3300
Fax: (212) 382-0050
Counsel for NFS Leasing, Inc.

| | |
|---|---|
| In Re: HITESHRI PATEL, Debtor. | Case No.: 20-17880 (KCF) |
| | Chapter: 11 |
| | Hearing Date: May 11, 2021 |
| | Judge: Hon. Ferguson |

## CERTIFICATION CONCERNING ORDER TO BE SUBMITTED

I, James N. Lawlor, certify that with respect to the proposed order submitted to the court, the following is true and correct to the best of my knowledge.

The matter titled NFS Leasing Inc's Motion for Temporary Allowance of its Claim for Voting Purposes and filed on March 15, 2021 was marked "order to be submitted," and

☑ The proposed order comports with the Court's ruling, and all interested parties have reviewed the proposed order and consent to its entry.

OR

☐ The parties have resolved this matter, and all interested parties have reviewed the proposed order and consent to its entry.

The parties to the proposed order have been served. Each party's name and relationship to the case is as follows:

| NAME | RELATIONSHIP TO CASE |
|---|---|
| | ☐ Trustee |
| | ☐ U.S. Trustee |
| Hiteshri Patel | Debtor/Objector |
| NFS Leasing, Inc. | Creditor/Movant |
| | |

2

I certify under penalty of perjury that the foregoing is true.

Date: May 14, 2021 /s/ James N. Lawlor

Signature

*new.8/1/18*