| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J LBR 9004-1(b)**<br><br>WOLLMUTH MAHER & DEUTSCH LLP<br>James N. Lawlor, Esq.<br>Joseph F. Pacelli, Esq.<br>500 Fifth Avenue, 12th Floor<br>New York, New York 10110<br>-and-<br>90 Washington Valley Boulevard<br>Bedminster, New Jersey 07921<br>jpacelli@wmd-law.com<br>Tel: (212) 382-3300<br>Fax: (212) 382-0050<br>*Counsel for NFS Leasing, Inc.* | Order Filed on May 14, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>HITESHRI PATEL,<br><br>                                    Debtor. | Case No.: 20-17880 (KCF)<br><br>Judge:     Kathryn C. Ferguson<br><br>Chapter 11 |

**ORDER GRANTING NFS LEASING, INC.'S MOTION FOR TEMPORARY ALLOWANCE OF ITS CLAIM FOR VOTING PURPOSES PURSUANT TO RULE 3018 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 14, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page (2)
Debtor: Hiteshri Patel
Case No.: 20-17880 (KCF)
Caption of Order:   ORDER GRANTING NFS LEASING, INC.'S MOTION FOR TEMPORARY ALLOWANCE OF ITS CLAIM FOR VOTING PURPOSES PURSUANT TO RULE 3018 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

---

Upon the Motion (the "Motion") of NFS Leasing, Inc. ("NFS"), pursuant to Rule 3018 of the Federal Rules of Bankruptcy Procedure, for order granting NFS Leasing, Inc.'s motion for temporary allowance of its claim for voting purposes; and the Debtor having timely filed an Objection to NFS' Motion; and the Court having conducted a hearing on May 11, 2021; and the Court having considered the pleadings and having heard the arguments of counsel; and it appearing that the relief requested is in the best interests of the Debtor, its estate, and creditors; and that adequate notice of the Motion has been given and that no further notice is necessary; and after due deliberation and good and sufficient cause appearing therefore, it is hereby

**ORDERED that:**

1.  The Motion is granted.

2.  The NFS Claim is temporarily allowed as a secured claim for $3,000 and a general unsecured claim for $1,686,263.27 solely for voting purposes only pursuant to Rule 3018 of the Federal Rules of Bankruptcy Procedure.

3.  NFS shall submit its Ballots for acceptance or rejection of the Debtor's Plan to counsel for the Debtor via email on or before May 17, 2021.

4.  This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

5.  The movant shall serve a copy of this Order on the United States Trustee, the Debtor and her counsel within seven (7) days of entry.