| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br> **MIDDLEBROOKS SHAPIRO, P.C.** <br> 841 Mountain Avenue, First Floor <br> Springfield, New Jersey   07081 <br> (973) 218-6877 <br> Melinda Middlebrooks, Esq. <br> *middlebrooks@middlebrooksshapiro.com* <br> Attorneys for Hiteshri Patel, <br> Chapter 11 Debtor and Debtor-in-Possession | **Order Filed on May 11, 2021** <br> **by Clerk** <br> **U.S. Bankruptcy Court** <br> **District of New Jersey** |
| In Re: <br><br> **HITESHRI PATEL,** <br><br> Chapter 11 Debtor and Debtor-in-Possession. | Honorable Kathryn C. Ferguson <br><br> Chapter 11 <br><br> Case No. 20-17880-KCF <br><br> Hearing Date: April 6, 2021 at 10:00 a.m. |

### ORDER QUASHING THIRD NOTICE TO TAKE ORAL DEPOSITION AND PRODUCE DOCUMENTS DIRECTED TO DEBTOR HITESHRI PATEL BY NFS LEASING, INC. PURSUANT TO FED.R.BANKR.P. 7030 AND 11 U.S.C. §105(a); AND FOR RELATED RELIEF

The relief set forth on the following page, numbered two (2) through two (2), is hereby **ORDERED.**

**DATED: May 11, 2021**

*/s/ Kathryn C. Ferguson*
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Hiteshri Patel |
| Case No.: | 20-17880-KCF |
| Caption: | Order Quashing Third Notice to Take Oral Deposition and Produce Documents Directed to Debtor Hiteshri Patel by NFS Leasing, Inc. Pursuant to Fed. R. Bankr. P. 7030 and 11 U.S.C. § 105(a); and For |
| (Page 2) | Related Relief |

**THIS MATTER** being brought before the Court on behalf of Hiteshri Patel, Chapter 11 Debtor and Debtor-in-Possession (the "Debtor"), by and through her counsel, Middlebrooks Shapiro, P.C., by way of Motion for Order Quashing Third Notice to Take Oral Deposition and Produce Documents Directed to Debtor Hiteshri Patel by NFS Leasing, Inc. Pursuant to Fed. R. Bankr. P. 7030 and 11 U.S.C. § 105(a); and For Related Relief (the "Motion"); and the Court having considered the pleadings filed in support of the Motion; and the Court having further considered any objection to the Motion; and the Court having further considered oral argument on the Motion, if any; and for good cause shown,

**IT IS HEREBY**

**ORDERED,** that:

(1)  The Notice to Take Oral Deposition and Produce Documents Directed to Debtor Hiteshri Patel by NFS Leasing, Inc. dated March 2, 2021, shall be and is hereby quashed pursuant to Fed. R. Bankr. P. 7030 and 11 U.S.C. §105(a); and

(2)  Counsel for Debtor Hiteshri Patel is hereby authorized to file a Certification in Support of Debtor's request for reimbursement of attorneys' fees and costs associated with the filing and prosecution of the Motion to Quash within ten (10) days from entry of the within Order.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 20-17880-KCF

Hiteshri Patel                                                                                                    Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 12, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2021:**

**Recip ID        Recipient Name and Address**
db            + Hiteshri Patel, 223 Gordons Corner Road, Marlboro, NJ 07746-1257

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2021              Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2021 at the address(es) listed below:

**Name                Email Address**

Denise E. Carlon
    on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gary D. Bressler
    on behalf of Creditor West Valley National Bank gbressler@mdmc-law.com scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com

James N. Lawlor
    on behalf of Defendant NFS Leasing  Inc. jlawlor@wmd-law.com

James N. Lawlor
    on behalf of Creditor NFS Leasing  Inc. jlawlor@wmd-law.com

Joseph Francis Pacelli
    on behalf of Creditor NFS Leasing  Inc. jpacelli@wmd-law.com

Lauren Bielskie
    on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: May 12, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Melinda D. Middlebrooks
    on behalf of Plaintiff Hiteshri Patel middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

Melinda D. Middlebrooks
    on behalf of Debtor Hiteshri Patel middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

Nicole M. Nigrelli
    on behalf of Trustee Nicole M. Nigrelli nnigrelli@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Richard Gerbino
    on behalf of Creditor M&T BANK rgerbino@schillerknapp.com kcollins@schillerknapp.com;lgadomski@schillerknapp.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Virginia T. Shea
    on behalf of Creditor West Valley National Bank vshea@mdmc-law.com mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com

TOTAL: 12