| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J LBR 9004-1(b)**<br><br>WOLLMUTH MAHER & DEUTSCH LLP<br>James N. Lawlor, Esq.<br>Joseph F. Pacelli, Esq.<br>500 Fifth Avenue, 12th Floor<br>New York, New York 10110<br>-and-<br>90 Washington Valley Boulevard<br>Bedminster, New Jersey 07921<br>*jpacelli@wmd-law.com*<br>Tel: (212) 382-3300<br>Fax: (212) 382-0050<br>*Counsel for NFS Leasing, Inc.* | Order Filed on May 14, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>HITESHRI PATEL,<br><br>                                 Debtor. | Case No.: 20-17880 (KCF)<br><br>Judge:   Kathryn C. Ferguson<br><br>Chapter 11 |

### ORDER GRANTING NFS LEASING, INC.'S MOTION FOR TEMPORARY ALLOWANCE OF ITS CLAIM FOR VOTING PURPOSES PURSUANT TO <u>RULE 3018 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE</u>

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 14, 2021**

*/s/ Kathryn C. Ferguson*
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page (2)
Debtor: Hiteshri Patel
Case No.: 20-17880 (KCF)
Caption of Order:   ORDER GRANTING NFS LEASING, INC.'S MOTION FOR TEMPORARY ALLOWANCE OF ITS CLAIM FOR VOTING PURPOSES PURSUANT TO RULE 3018 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Upon the Motion (the "Motion") of NFS Leasing, Inc. ("NFS"), pursuant to Rule 3018 of the Federal Rules of Bankruptcy Procedure, for order granting NFS Leasing, Inc.'s motion for temporary allowance of its claim for voting purposes; and the Debtor having timely filed an Objection to NFS' Motion; and the Court having conducted a hearing on May 11, 2021; and the Court having considered the pleadings and having heard the arguments of counsel; and it appearing that the relief requested is in the best interests of the Debtor, its estate, and creditors; and that adequate notice of the Motion has been given and that no further notice is necessary; and after due deliberation and good and sufficient cause appearing therefore, it is hereby

**ORDERED that:**

1.  The Motion is granted.

2.  The NFS Claim is temporarily allowed as a secured claim for $3,000 and a general unsecured claim for $1,686,263.27 solely for voting purposes only pursuant to Rule 3018 of the Federal Rules of Bankruptcy Procedure.

3.  NFS shall submit its Ballots for acceptance or rejection of the Debtor's Plan to counsel for the Debtor via email on or before May 17, 2021.

4.  This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

5.  The movant shall serve a copy of this Order on the United States Trustee, the Debtor and her counsel within seven (7) days of entry.

United States Bankruptcy Court

District of New Jersey

In re:  
Hiteshri Patel  
    Debtor

Case No. 20-17880-KCF  
Chapter 11

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 14, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Hiteshri Patel, 223 Gordons Corner Road, Marlboro, NJ 07746-1257 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gary D. Bressler | on behalf of Creditor West Valley National Bank gbressler@mdmc-law.com scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com |
| James N. Lawlor | on behalf of Defendant NFS Leasing Inc. jlawlor@wmd-law.com |
| James N. Lawlor | on behalf of Creditor NFS Leasing Inc. jlawlor@wmd-law.com |
| Joseph Francis Pacelli | on behalf of Creditor NFS Leasing Inc. jpacelli@wmd-law.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: May 14, 2021 | Form ID: pdf903 | Total Noticed: 1

Melinda D. Middlebrooks
    on behalf of Plaintiff Hiteshri Patel middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

Melinda D. Middlebrooks
    on behalf of Debtor Hiteshri Patel middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

Nicole M. Nigrelli
    on behalf of Trustee Nicole M. Nigrelli nnigrelli@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Richard Gerbino
    on behalf of Creditor M&T BANK rgerbino@schillerknapp.com kcollins@schillerknapp.com;lgadomski@schillerknapp.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Virginia T. Shea
    on behalf of Creditor West Valley National Bank vshea@mdmc-law.com
    mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com

TOTAL: 12