**MIDDLEBROOKS SHAPIRO, P.C.**
841 Mountain Avenue, First Floor
Springfield, New Jersey  07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
*middlebrooks@middlebrooksshapiro.com*
Attorneys for Hiteshri Patel,
Chapter 11 Debtor and Debtor-in-Possession

| | |
|---|---|
| In the Matter of: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| **HITESHRI PATEL,** | Honorable Kathryn C. Ferguson |
| Chapter 11 Debtor and Debtor-in-Possession. | Chapter 11 |
| | Case No. 20-17880-KCF |
| | Hearing Date: May 27, 2021 at 2:00 p.m. |

**CERTIFICATION OF BALLOTING FOR THE FIRST MODIFIED PLAN OF REORGANIZATION FILED ON BEHALF OF HITESHRI PATEL, CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION**

I, Melinda D. Middlebrooks, Esq., of legal age, do hereby certify and say:

1. I am the Managing Partner of the law firm of Middlebrooks Shapiro, P.C., Chapter 11 counsel to Hiteshri Patel, the above-captioned Chapter 11 Debtor and Debtor in Possession (the "Debtor"), and as such, I have personal knowledge of the facts recited herein.

2. The Table of Acceptances/Rejections of the First Modified Plan of Reorganization (the "Plan") annexed hereto as Exhibit A is an accurate representation of the Ballots received by Middlebrooks Shapiro, P.C. of creditors acceptance or rejection of the Debtor's Plan.  Copies of the executed ballots are also annexed hereto as Exhibit B.

3. One (1) creditor within unimpaired Class 1 has voted in the affirmative (acceptance) in favor of Confirmation of the Plan of Reorganization, specifically:  Unity Bank.  *See*, Exhibit B.

4. One (1) impaired class has voted in the affirmative (acceptance) in favor of Confirmation of the Plan, specifically: Class 3 West Valley National Bank claim in the sum of $591,638.78. *See*, Exhibit B.

5. One (1) disputed[1] impaired Class 4 claimant, NFS Leasing, Inc. voted in the negative (rejection) of Confirmation of the Plan pending the outcome of the Adversary Proceeding regarding treatment of its general unsecured claim solely for voting purposes in the sum of $1,686,263.27. *See*, Exhibit B.

6. One (1) disputed[2] impaired Class 5 claimant, NFS, voted in the negative (rejection) of Confirmation of the Plan pending the outcome of the Adversary Proceeding regarding treatment of its secured claim solely for voting purposes only in the sum of $3,000.00. *See*, Exhibit B.

I hereby certify that the statements contained herein are true and correct to the best of my knowledge, information and belief. If such statements made by me are wilfully false, I understand that I am subject to punishment.

Dated: May 17, 2021   /s/ Melinda Middlebrooks
                      Melinda D. Middlebrooks, Esq.

---

[1] NFS Leasing, Inc.'s claims in this Chapter 11 proceeding have been disputed by the Debtor and are the subject of an adversary proceeding captioned *Patel v. NFS Leasing, Inc.* bearing Adversary Pro. No. 21-01180-KCF (the "Adversary Proceeding"). Pursuant to the Order Granting NFS Leasing, Inc.'s Motion for Temporary Allowance of its Claim for Voting Purposes Pursuant to Rule 3018 of the Federal Rules of Bankruptcy Procedure filed on May 14, 2021 (the "May 14th Order"), NFS Leasing, Inc. ("NFS") was afforded a temporary allowance of a general unsecured claim in the sum of $1,686,263.27 soley for voting purposes. *See*, Docket No. 186 at decretal paragraph 2.

[2] Pursuant to the May 14th Order, NFS was afforded a temporary allowance of a secured claim in the sum of $3,000.00 soley for voting purposes. A separate Class 5 was created to allow for treatment of NFS' disputed claim pending the outcome of the Adversary Proceeding. *See*, Docket No. 186 at decretal paragraph 2.

# Exhibit

# "A"

**IN RE: HITESHRI PATEL,**
**CASE NO. 20-17880-KCF**

| CREDITOR | CLASS OF CLAIM/ SECURED/UNSECURED | AMOUNT OF CLAIM | ACCEPT (A) REJECT (R) |
|---|---|---|---|
| West Valley National Bank | Class 3/ Secured | 591,638.78 | A |
| NFS Leasing, Inc. | Class 4/ General Unsecured | 1,686,263.27 | R |
| NFS Leasing, Inc. | Class 5/ Secured | 3,000.00 | R |
|  |  |  |  |

# Exhibit

# "B"

|  |  |
|---|---|
| In Re: | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **HITESHRI PATEL,** | Honorable Kathryn C. Ferguson |
| Chapter 11 Debtor and<br>Debtor-in-Possession. | Chapter 11<br>Case No. 20-17880-KCF |

**CLASS 3 BALLOT
FOR ACCEPTING OR REJECTING PLAN OR REORGANIZATION**

**HITESHRI PATEL** filed her Modified Combined Chapter 11 Plan of Reorganization and Disclosure Statement on January 28, 2021 in this case. The Bankruptcy Court has conditionally approved the Disclosure Statement with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy from Melinda D. Middlebrooks, Esq., Middlebrooks Shapiro, P.C., 841 Mountain Ave., First Floor, Springfield, NJ 07081, (973) 218-6877, (fax) (973) 218-6878. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Bankruptcy Court.

You should review the Combined Plan of Reorganization and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in CLASS 3 under the Plan. If you hold claims or equity interest in more than one class, you will receive a Ballot for each class in which you are entitled to vote.

If your Ballot is not received by Melinda D. Middlebrooks, Esq., Middlebrooks Shapiro, P.C., 841 Mountain Ave., First Floor, Springfield, NJ 07081, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

**ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned, the holder of a CLASS 3 CLAIM again the Debtor in the unpaid amount of $591,638.78 plus accrued interest and fees plus attorney's fees and expenses.

*(Check one box only)*

| [X] ACCEPTS THE PLAN | [ ] REJECTS THE PLAN |
|---|---|
| Dated: 3/5/21 | Print or type name: Brett Bhesania<br>Signature: _____<br><br>Title (if corporation or partnership): SVP Credit Administrator<br><br>Address:  West Valley National Bank<br>2111 E. Highland Ave., #B-150<br>Phoenix, AZ 85016 |

**RETURN THIS BALLOT TO:**

**Middlebrooks Shapiro, P.C.
841 Mountain Ave., First Floor, Springfield, NJ 07081
Attn: Patel Ballot Section.**

|  |  |
|---|---|
| In Re:<br><br>**HITESHRI PATEL,**<br><br>Chapter 11 Debtor and<br>Debtor-in-Possession. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Honorable Kathryn C. Ferguson<br><br>Chapter 11<br><br>Case No. 20-17880-KCF |

**CLASS 4 BALLOT**
**FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

**HITESHRI PATEL** filed her Modified Combined Chapter 11 Plan of Reorganization and Disclosure Statement on January 28, 2021 in this case. The Bankruptcy Court has conditionally approved the Disclosure Statement with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy from Melinda D. Middlebrooks, Esq., Middlebrooks Shapiro, P.C., 841 Mountain Ave., First Floor, Springfield, NJ 07081, (973) 218-6877, (fax) (973) 218-6878. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Bankruptcy Court.

You should review the Combined Plan of Reorganization and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in CLASS 4 under the Plan. If you hold claims or equity interest in more than one class, you will receive a Ballot for each class in which you are entitled to vote.

If your Ballot is not received by Melinda D. Middlebrooks, Esq., Middlebrooks Shapiro, P.C., 841 Mountain Ave., First Floor, Springfield, NJ 07081, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

**ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned, the holder of a CLASS 4 CLAIM against the Debtor in the unpaid amount of $ 1,686,263.27        .

(*Check one box only*)

[ ] ACCEPTS THE PLAN          [X] REJECTS THE PLAN

Dated: 5/12/2021

Print or type name: NFS Leasing, Inc.

Signature: _____

Title (if corporation or partnership): Jonas D.L. McCarty, VP + GC

Address: 900 Cummings Center, Suite 226-U
         Beverly, Massachusetts 01915

**RETURN THIS BALLOT TO:**

Middlebrooks Shapiro, P.C.
841 Mountain Ave., First Floor, Springfield, NJ 07081
Attn.: Patel Ballot Section

| | |
|---|---|
| In Re: | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **HITESHRI PATEL,** | Honorable Kathryn C. Ferguson |
| Chapter 11 Debtor and<br>Debtor-in-Possession. | Chapter 11<br><br>Case No. 20-17880-KCF |

**CLASS 5 BALLOT**<br>**FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

**HITESHRI PATEL** filed her Modified Combined Chapter 11 Plan of Reorganization and Disclosure Statement on January 28, 2021 in this case. The Bankruptcy Court has conditionally approved the Disclosure Statement with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy from Melinda D. Middlebrooks, Esq., Middlebrooks Shapiro, P.C., 841 Mountain Ave., First Floor, Springfield, NJ 07081, (973) 218-6877, (fax) (973) 218-6878. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Bankruptcy Court.

You should review the Combined Plan of Reorganization and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in CLASS 5 under the Plan. If you hold claims or equity interest in more than one class, you will receive a Ballot for each class in which you are entitled to vote.

If your Ballot is not received by Melinda D. Middlebrooks, Esq., Middlebrooks Shapiro, P.C., 841 Mountain Ave., First Floor, Springfield, NJ 07081, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

**ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned, the holder of a CLASS 5 CLAIM against the Debtor in the unpaid amount of $ 3,000            .

(*Check one box only*)

[ ] ACCEPTS THE PLAN          [X] REJECTS THE PLAN

Dated: 5/12/2021

Print or type name: NFS Leasing, Inc.

Signature: _____

Title (if corporation or partnership) Jonas D.L. McCray, VP+GC

Address: 900 Cummings Center, Suite 226-U

Beverly, Massachusetts 01915

**RETURN THIS BALLOT TO:**

**Middlebrooks Shapiro, P.C.**
**841 Mountain Ave., First Floor, Springfield, NJ 07081**
**Attn.: Patel Ballot Section**