UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF NEW JERSEY _____

In re __HITESHRI PATEL_____

Case No. __20-17880 (KCF)_____
Reporting Period: 3/6/2021 - 4/5/2021

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 If case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | X | |
|    Copies of bank statements | | X | |
|    Cash disbursements journals | | X | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
|    Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_signature_
Signature of Debtor

Date 4/18/2021

_____
Signature of Joint Debtor

Date

_____
Signature of Authorized Individual*

Date

_____
Printed Name of Authorized Individual

Title of Authorized Individual

*Authorized individual must be an officer, director or sharcholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: ___HITESHRI PATEL_____          Case No. ___20-17880 (KCF)_____
                 Debtor          Reporting Period _3/6/2021 - 4/5/2021_____

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.   A bank reconciliation must be attached for each account.  [See MOR-1 (INDV) (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 14,575.70 | $            - |
| **RECEIPTS** | | |
| Wages (Net) | 2,710.37 | 29,306.12 |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | 1,457.12 | 45,213.78 |
| **Total Receipts** | 4,167.49 | 74,519.90 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 7,779.85 | 46,513.71 |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | 90.92 | 1,904.73 |
| Insurance | 0.00 | 3,813.64 |
| Auto Expense | 0.00 | 66.03 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 0.00 | 309.16 |
| Medical Expenses | | |
| Household Expenses | 0.00 | 694.23 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 0.00 | 45.98 |
| Gifts | | |
| Other (attach schedule) | 0.00 | 5,175.00 |
| Total Ordinary Disbursements | 7,870.77 | 58,522.48 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 0.00 | 3,500.00 |
| U. S. Trustee Fees | 0.00 | 1,625.00 |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | 0.00 | $     5,125.00 |
| **Total Disbursements (Ordinary + Reorganization)** | 7,870.77 | $    63,647.48 |
| **Net Cash Flow (Total Receipts  -  Total Disbursements)** | -3,703.28 | $    10,872.42 |
| **Cash - End of Month (Must equal reconciled bank statement)** | 10,872.42 | $    10,872.42 |

FORM MOR-1(INDV)
(9/99)

In re __HITESHRI PATEL_____          Case No.___20-17880 (KCF)_____
          Debtor          Reporting Period: 3/6/2021 - 4/5/2021

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Bank Transfer | 0.00 | 4,100.00 |
| Unemployment Benefits | 0.00 | 11,522.00 |
| Refund of previously paid Professional Fees | 0.00 | 2,075.00 |
| Mortgage obligation on jointly owned property | 1,457.12 | 22,891.11 |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| SBA Loan Payable | 0.00 | 5,000.00 |
| Medical License Renewal | 0.00 | 175.00 |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

In re HITESHRI PATEL             Case No.  20-17880 (KCF)
        Debtor            Reporting Period:  3/6/2021 - 4/5/2021

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
| Total Cash Disbursements | | | $           - |

### BANK ACCOUNT DISBURSEMENTS - Amboy Bank 9835

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
|          |              |          |        |     |
| 3/30/2021 | M&T Mortgage | Mortgage | $ 6,322.73 | eft |
| 3/28/2021 | Flagstar Bank | Mortgage | 1,457.12 | eft |
| 3/30/2021 | Optimum | Utilities | 90.92 | eft |
|          |              |          |        |     |
| Total Bank Account Disbursements | | | $ 7,870.77 | |

| | | |
|---|---|---|
| Total Disbursements for the Month | $ 7,870.77 | |

In re HITESHRI PATEL
      **Debtor**

Case No. 20-17880 (KCF)

Reporting Period: 3/6/2021 - 4/5/2021

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 6 | Are any post petition State or Federal income taxes past due? | | X |
| 7 | Are any post petition real estate taxes past due? | | X |
| 8 | Are any other post petition taxes past due? | | X |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 10 | Are any amounts owed to post petition creditors delinquent? | | X |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |

## HITESHRI PATEL
## AMBOY BANK - BANK REC
## 3/6/2021 - 4/5/2021

Bank:  Amboy Bank

Bank Acct #:        9835

| | |
|---|---|
| Balance per Bank | $  10,872.42 |
| Add: Deposit in Transit | - |
| Less:  Outstanding checks | - |
| Adjusted Bank Balance | **$  10,872.42** |
| | |
| Beginning Balance per debtors' books | $  14,575.70 |
| Add:  Cash Receipts | 4,167.49 |
| Less:  Cash Disbursements | (7,870.77) |
| Ending Balance per debtors' books | 10,872.42 |
| Adjustments: | |
| Add: | |
| Less: | |
| | |
| Adjusted Cash Balance - Debtors' books | **$  10,872.42** |

Outstanding checks:

| Date | Number | Payee | Amount |
|---|---|---|---|
| | | | |
| | | | $          - |

HITESH BHAI PATEL
DEBTOR IN POSSESSION
123 GORDONS CORNER ROAD
MARLBORO        NJ 07746

**Save thousands of dollars
and pay off your mortgage faster
with our 1/2 Pay Mortgage**

**Stop in any branch or call 800.94.AMBOY**

## Free Personal Check Account                    Account number XXXXXX0835

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 03-05 | $14,575.70 |
| Deposits and other credits (+) | $2,710.37 |
| Withdrawals, checks and other debits (-) | $6,413.65 |
| Ending Balance on 04-05 | $10,872.42 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 03-18 | 6740641163454ANY UNIVERSITY RADIO DIRECT DEP | 1,025.54 | 04-01 | 3650559488846ANY UNIVERSITY RADIO DIRECT DEP | 1,684.83 |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 03-30 | 13067502 OPTIMUM-7864 CABLE PMNT | 90.92 | 03-30 | CKFXXXXX3977POS M&T MORTGAGE ONLINE PMT | 6,322.73 |



 Pay by mail:
Flagstar Bank • PO Box 660263
Dallas, TX 75266-0263

» BANKRUPTCY MORTGAGE STATEMENT

**STATEMENT CREATION DATE: 03/31/21**

9-655-20500-0000165-001-1-000-010-000-000

HIMANSHU PATEL
HITESHRI PATEL
223 GORDONS CORNER RD
MARLBORO NJ 07746-1257

| | |
|---|---|
| Loan Number: ____6823 | |
| Payment Due Date: 05/01/21 | |
| Amount Due $3,664.55 | |

 Pay by website:
flagstar.com/MyLoans

 Pay by phone:[1]
(866) 837-4539

 Customer service:
(800) 968-7700
Monday-Friday 7:30 a.m.-8 p.m., ET
Saturday 7:30 a.m.-4 p.m., ET

## Bankruptcy Messages

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.**

If you no longer wish to receive a monthly statement, please send a written request to: Flagstar Bank, Attention: Bankruptcy, 5151 Corporate Drive, 3W-144, Troy, MI 48098-2096. If you later choose to resume delivery of a monthly statement, you must do so in writing to the same address.

## Review Home Loan Activity

| Account Information | |
|---|---|
| Property Address | 714 S HALLIDAY ST |
| Outstanding Principal[2] | $430,591.98 |
| Escrow Balance | $2,295.60 |
| Debtor Suspense Balance | $550.00 |
| Interest Rate | 3.70000% |
| Prepayment Penalty | No |

[2]The outstanding principal above is not the total amount required to pay the loan in full. For a payoff quote, please visit flagstar.com/MyLoans

| Explanation of Post-Petition Amount Due | |
|---|---|
| Principal | $844.88 |
| Interest | $1,327.66 |
| Escrow | $742.01 |
| Regular Monthly Payment | $2,914.55 |
| Total Fees and Charges | $750.00 |
| **Total** | **$3,664.55** |

| Payment Breakdown | Last Payment | Paid year to date |
|---|---|---|
| Principal | $842.28 | $2,519.09 |
| Interest | $1,330.26 | $3,998.53 |
| Escrow | $742.01 | $2,225.71 |
| **Total** | **$2,914.55** | **$8,743.33** |
| Taxes | | $4,151.96 |
| **Total** | | **$4,151.96** |

⌂ Equal Housing Lender • Member FDIC • Page 1 of 2

-- (Detach and return the bottom portion with payment. Retain the top portion for your records.) --



| Loan Number | Due Date | Total Amount Due |
|---|---|---|
| ____3823 | 05/01/21 | $3,664.55 |

HIMANSHU PATEL
HITESHRI PATEL

Flagstar Bank
PO Box 660263
Dallas, TX 75266-0263

| | |
|---|---|
| Additional Principal | $ _____ |
| Additional Escrow (if applicable) | $ _____ |
| Total Fees (includes late charges) | $ _____ |
| Total Advances | $ _____ |
| Additional Payment(s) | $ _____ |
| | $ |

# M&T Bank

## Mortgage Statement

RETURN SERVICE ONLY
Please do not send mail to this address
P.O. Box 619063
Dallas, TX 75261-9063

9-750-91001-0000176-001-000-000-000-000

HIMANSHU K PATEL
HITESHRI H PATEL
223 GORDONS CORNER RD
MARLBORO NJ 07746-1257

Statement Date:    03/17/21

| | |
|---|---|
| Account Number: | 2130 |
| Payment Date: | 03/01/21 |
| Payment Amount: | $12,770.46 |

## Contact Us

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Automated Service: | 7:30am - 9:00pm EST Mon - Fri<br>8:00am - 5:00pm EST Sat |
| Representatives Available: | 8:30am - 7:00pm EST Mon - Fri |
| Fax Payoff Requests<br>Fax All Other Customer Service Requests | 1-866-409-2853<br>1-866-409-4642 |
| Property Tax Questions: | 1-866-406-0949 |
| Flood and Homeowners<br>Insurance Questions: | 1-888-882-1847 |
| Correspondence Address: | |

PO BOX 1288
BUFFALO, NY  14240-1288
www.mtb.com

## Bankruptcy Message

Our records show that either you are a debtor in a bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If you want to stop receiving statements, write to us at:
M&T Bank
Attn: Customer Asset Management
P.O. Box 5155
Buffalo, NY 14240-5155

## Account Information

| | |
|---|---|
| Property Address | 223 GORDONS CORNER RD<br>MARLBORO TWP NJ 07746 |
| Outstanding Principal | $266,262.39 |
| Interest Rate | 4.125% |

## Explanation of Payment Amount

| | |
|---|---|
| Principal | $3,714.99 |
| Interest | +$902.55 |
| Escrow (tax/insurance) | +$1,705.19 |
| **Regular Monthly Payment Due** | **$6,322.73** |
| Total Fees and Charges** | +$125.00 |
| Past Unpaid Amount | +$6,322.73 |
| **Total Payment Amount** | **$12,770.46** |

** including any fees/charges imposed since last statement totaling $125.00

## Transaction Activity

| Transaction Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|
| 03/16/21 | Bankruptcy Atty Fee | | | | | | | | -$125.00 |

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $3,689.58 |
| Interest | $0.00 | $927.96 |
| Escrow (Taxes & Insurance) | $0.00 | $1,705.19 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $343.24 |
| **Total** | **$0.00** | **$6,665.97** |

## Important Messages

Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. Once M&T receives funds equal to a full monthly payment, we will apply those funds to your mortgage account.

# M&T Bank

Make check payable to M&T Bank.

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

----- -- .J0

HIMANSHU K PATEL
HITESHRI H PATEL

If you are currently a party in a bankruptcy case and you choose to make a voluntary payment, detach and return bottom remittance portion with your payment. Make any checks payable to M&T Bank.

## PAYMENT AMOUNT

| | |
|---|---|
| Payment Date | 03/01/21 |
| Payment Amount | $12,770.46 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| **Total Amount Enclosed** | $ |

750-X31048-0318F

**Internet Reprint**

Account information is easy to access through M&T Bank's Automated Phone Service by calling 716-626-7010 or 1-800-724-2224. Please have your loan number and the first five (5) digits of your Social Security Number to access this convenient service. Automated information is available Monday - Friday, 7:30 a.m. to 9:00 p.m, and Saturday from 8:00 a.m. to 5:00 p.m., Eastern Time. The following information is available to you:

- Principal Balance
- Payment Information
- Year-end Information
- Special Services
- Interest Rate
- Escrow Information
- Mailing/Fax Information

**Visit our Website at www.mtb.com. Account information is easy to access and available virtually 24 hours, seven days a week.**

## ADDITIONAL INFORMATION

- Payments received after the statement date are not reflected on this statement.
- Do not send correspondence or cash with your payment.
- It is important to use the coupon and envelope provided since both contain encoding that will help ensure prompt and accurate posting of payments.
- Please designate how you want additional funds to be applied, we will apply them as directed provided your account is current. If your account is current, undesignated funds will be applied in the following order: escrow advances, late charges, NSF fees, payment shortages, all other fees and/or Principal. If you prefer inaccurate information be applied in a different manner please be sure to designate how you want the funds applied.
- Your payment is credited on the day it is received at our payment center, not the day it is postmarked. Account payments made at an M&T Branch, made in United States Funds, whether made in cash or by check or money order and received after the cutoff for that specific location, may be processed the following business day. Payments made at an M&T banking branch may not be credited the same day. Payments are not accepted at M&T mortgage origination offices.
- **Reporting of Account Information to Credit Bureaus.** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. For borrowers who have filed for bankruptcy protection under Title 11 of the United States Code, we will only report information relating to the status of your bankruptcy proceeding. If ou think that M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, P.O. Box 900, Millsboro, DE 19966.
- Please direct any complaints and inquiries to M&T Bank by referencing the information listed in the "Contact Us" section. You have the right to file complaints about M&T Bank and obtain further information by calling the New York State Department of Financial Services' Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.
  M&T Bank is exempt from the NY DFS Superintendent's mortgage loan servicer registration requirements.
- We are required by New York State to inform you that we utilize third-party providers to complete services for your accounts on our behalf. These services require that we provide information to these third-parties, which will not be shared with any other third-parties. M&T Bank remains responsible for all actions taken by the third-party providers that we utilize for these purposes.
- To locate a HUD approved counseling agency please call: 1-800-569-4287 or visit http://www.hud.gov
- **Important Tax Information:** Please allow at least 2 business days prior to year end to ensure proper credit to your account for income tax purposes in the current year.
- If you are in bankruptcy or received a bankruptcy discharge of debt, this communication is not an attempt to collect a debt against you personally, but strictly for informational purposes only.

## ERROR RESOLUTION AND INFORMATION REQUESTS MUST BE MAILED TO:

M&T Bank
P.O. Box 62986
Baltimore, MD 21264-2986

## OTHER IMPORTANT ADDRESSES

| Payments: | Correspondence: | Overnight Mail: | Insurance: | Taxes: |
|---|---|---|---|---|
| P.O. Box 62182 | P.O. Box 1288 | 1 Fountain Plaza, 7th Floor | P.O. Box 5736 | P.O. Box 23628 |
| Baltimore, MD 21264-2182 | Buffalo, NY 14240-1288 | Buffalo, NY 14203 | Springfield, OH 45501-5736 | Rochester, NY 14692 |

## HOMEOWNERS INSURANCE / PROPERTY TAX INFORMATION

- **Insurance Requirements:** The terms of your loan require that you maintain homeowners insurance coverage the amount of which must be at least equal to the lesser of the full replacement cost coverage amount or your current loan amount. We suggest that you consult your insurance company to determine these coverage amounts.
- Flood Insurance is required for all properties located in a Special Flood Hazard Area as designated by FEMA.
- **In the event we determine that the property is not adequately insured, we will purchase, at your expense, a force placed policy to protect our interest. This insurance is more costly and may provide less coverage than your original policy.**
- **Mortgagee Clause:** To protect our mutual interests, the mortgage clause of your policy must include the following: M&T Bank, its Successors and/or Assigns, Mortgage loan# _____, P.O. Box 5738, Springfield, OH 45501-5738.
- **Renewal Policies and Invoices:** For accounts with insurance in escrow, policies or invoices are due in our office thirty (30) days prior to expiration of the existing policy. If you pay your own insurance, please ensure that you provide us with your current insurance information by visiting our website at www.mycoverageinfo.com and referencing PIN # MT738.You may also mail or fax a copy of the declaration page to our office (fax #937-525-4125).
- **Damaged Property:** In the event of damage to your home, notify your insurance agent. After the claim has been filed, please contact us at 1-888-882-1858 so that we may guide you through this process.
- **Loans with Tax Escrow:** If your property taxes are paid from an escrow account with us, and you receive a tax bill, please forward the bill immediately to the following address: M&T Bank, P.O. Box 23628, Rochester, NY 14692. Please be sure to write your loan number on the bill. **It is no longer necessary to forward paid tax receipts on non-escrow accounts.** For property tax related questions please call 1-866-406-0949 (Fax # 1-817-826-0675).

## IMPORTANT INFORMATION FOR SERVICEMEMBERS

Pursuant to the Servicemembers Civil Relief Act you & your dependents may be eligible for certain benefits and/or protections. For further information please contact our SCRA Servicing Team by phone 8:30am-5pm (EST) Monday-Friday, Toll Free at 1-855-350-SCRA (7272), or at 1-302-934-4872, by email at scraservicing@mtb.com, or by mail at P.O. Box 900, Millsboro, DE 19966.

750-x34107-0320   CH7

## HAS YOUR ADDRESS OR ANY OTHER INFORMATION CHANGED?

IF SO, PLEASE COMPLETE THIS FORM AND CHECK THE ☒ BOX ON THE REVERSE SIDE

MAILING ADDRESS _____

CITY _____ STATE _____ ZIP _____

BORROWER HOME PHONE _____ BORROWER BUSINESS PHONE _____

NAME (Please Print) _____ NAME (Please Print) _____

BORROWER SIGNATURE _____ CO-BORROWER SIGNATURE _____