UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WOLLMUTH MAHER & DEUTSCH LLP
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (pro hac vice)
500 Fifth Avenue, 12th Floor
New York, New York 10110
-and-
90 Washington Valley Road
Bedminster, NJ 07921
Tel: (212) 382-3300
Fax: (212) 382-0050
Email:   jlawlor@wmd-law.com
          jpacelli@wmd-law.com

Counsel for NFS Leasing, Inc.

In Re:

HITESHRI PATEL,

Debtor.

Case No.: 20-17880 (KCF)
Chapter: 11
Adv. No.:
Hearing Date: May 11, 2021
Judge: Kathryn C. Ferguson

## CERTIFICATION OF SERVICE

1. I, __James N. Lawlor__ :

   ☒ represent __NFS Leasing, Inc.__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __May 18, 2021__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order Granting NFS Leasing, Inc.'s Motion for Temporary Allowance of its Claim for Voting Purposes Pursuant to Rule 3018 of the Federal Rules of Bankruptcy Proceudre

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 18, 2021

/s/ James N. Lawlor
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Melinda D. Middlebrooks<br>Joseph M. Shapiro<br>Middlebrooks Shapiro, P.C.<br>841 Mountain Ave First Floor<br>Springfield, NJ 07081<br>middlebrooks@middlebrooksshapiro.com<br>jshapiro@middlebrooksshapiro.com | Debtor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lauren Bielski, Esq.<br>U.S. Trustee's Office<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>lauren. bielskie@usdoj.gov | United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hiteshri Patel<br>223 Gordons Corner Road<br>Marlboro, NJ 07746 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |