| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**MIDDLEBROOKS SHAPIRO, P.C.**<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey 07081<br>(973) 218-6877<br>Melinda D. Middlebrooks, Esq.<br>*middlebrooks@middlebrooksshapiro.com*<br>Attorneys for Hiteshri Patel Chapter 11 Debtor<br>and Debtor-in-Possession | |
| In Re:<br><br>**HITESHRI PATEL**.<br><br>Chapter 11 Debtor and Debtor-in-Possession. | Case No.: 20-17880-KCF<br><br>Chapter: 11<br><br>Adv. No.: _____<br><br>Hearing Date: June 15, 2021<br><br>Judge: Kathryn C. Ferguson |

## CERTIFICATION OF SERVICE

1. I, Melinda D. Middlebrooks, Esq. :

   ☒ represent ___Hiteshri Patel___ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On ___May 24, 2021___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   (1) Motion to Quash Fourth Notice to take Oral Deposition and Produce Documents Directed to Debtor Hiteshri Patel by NFS Leasing, Inc. Pursuant to Fed.R.Bankr.P. 7030 and For Related Relief; (2) Application in support; (3) Certification in support; (4) Statement as to Why No Brief is Necessary; (5) proposed form of Order; and (6) Certification of Service.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 24, 2021          /s/ Melinda Middlebrooks
                             Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |