UNITED STATES BANKURPTCY COURT
DISTRICT OF NEW JERSEY
*Caption in Compliance with N.J. LBR 9004-1*

Gary D. Bressler, Esq.
Virginia T. Shea, Esq.
McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
Telephone:  (973) 993-8100
Telecopy:  (973) 425-0161
Email: gbressler@mdmc-law.com
　　　　vshea@mdmc-law.com

*Counsel for Creditor, West Valley National Bank*

In re:

**HITESHRI PATEL,**

　　　Chapter 11 Debtor and Debtor-in-Possession

**Honorable Katheryn C. Ferguson**

Chapter 11

Case No. 20-17880-KCF

## CERTIFICATE OF SERVICE

I, Gary D. Bressler, hereby certify that on Tuesday, May 25, 2021, I did cause the *Declaration of Brett Bhesania In Support of the Reply of West Valley National Bank to NFS Leasing, Inc.'s Amended Objection to the Debtor's Second Modified Individual Debtor's Chapter 11 Combined Plan of Reorganization and Disclosure Statement [Docket No. 194]* to be e-filed and served on all parties registered to receive such notification via CM/ECF. Additionally, the parties on the following Service List were served via First Class U.S. Mail.

　　　　　　　　　　　　　　　　**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
　　　　　　　　　　　　　　　　Counsel to West Valley National Bank

　　　　　　　　　　　　　　　　By: *Gary D. Bressler*
　　　　　　　　　　　　　　　　　　　Gary D. Bressler

## **Service List**

5th and PCH
PO Box 840628
Los Angeles, CA  90084-0628

Capref Strand LLC
8333 Douglas Avenue, Ste. 975
Dallas, TX  75225

Chase
Cardmember Services
PO Box 6294
Carol Stream, IL  60197-6294

Citi
PO Box 9001037
Louisville, KY  40290

Costco
Citicards
PO Box 790046
St. Louis, MO  63179-0046

Discover
PO Box 15251
Wilmington, DE  19886

DSC America, Inc.
c/o Kennedy Wilson Properties, Ltd.
151 S. El Camino Drive
Beverly Hills, CA  90212

GE HFS, LLC
9900 Innovation Drive
RP-2100
Milwaukee, WI  53226

HF Holdings, Inc.
PO Box 593080
Huntington Beach, CA  92648

Konica Minolta
TIAA Commercial Finance, Inc.
10 Waterview Blvd.
Parsippany, NJ  07054

Landmark Health/Brown Mills, LLC
c/o Post Polak, P.A.
Attn: David Epstein
425 Eagle Rock Ave., Suite 200
Roseland, NJ  07068

NFS Leasing, Inc.
900 Cummings Center, Suite 226-U
Beverly, MA  01915

RMS Franchise Group
2390 E. Orangewood Ave., Suite 550
Anaheim, CA  92806

US Small Business Administration
409 3rd Street, SW
Washington, DC  20416

Yogesh Patel
714 S. Halliday Street
Anaheim, CA  92804

Melinda D. Middlebrooks, Esq.
Middlebrooks Shapiro, P.C.
841 Mountain Ave, First Floor
Springfield, NJ 07081

Ciardi Ciardi & Astin
Attn: Nicole Nigrelli, Esq.
1905 Spruce Street
Philadelphia, PA  19103

M& T Bank
c/o Schiller Knapp Lefkowitz Hertzel, LLP
PO Box 840
Buffalo, NY  14240

Kotulak & Company, PC
1035 Route 46 East
Suite B-107
Clifton, NJ  07013-2430

Flagstar Bank
5151 Corporate Drive
Troy, MI  48098-2639

Re/Max Equity Group
c/o Tim Saeland
6425 SW Capital Hwy
Portland, OR 97239

Frank Pontoriero
551 2nd Avenue
Lyndhurt, NJ  07071

Szeto & Ibarra, LLP
Shatford Law
16491 Scientific Way
Irvine, CA  92618-4355

Himanshu Patel
223 Gordons Corner Road
Marlboro, NJ  07746

Waldman Tax & Financial Services
7861 Valley View Street
La Palma, CA  90623

Shardanu Pizza Prs 1, Inc.
5242 E. 2nd Street
Long Beach, CA  90803

JP Mortgage Chase Bank, N.A.
Bankruptcy Mail Intake Team
700 Kansas Lane Floor 01
Monroe, LA  71203-4774

Shardanu Pizza Prs 2, Inc.
150 5th Street
Huntington Beach, CA  92648

Faisal M. Shah
1857 North Gate Road
Scotch Plains, NJ  07076-2942

State of New Jersey
Division of Taxation
Compliance Activity
PO Box 245
Trenton, NJ  08646

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101

2

TIAA Commercial Finance, Inc.
c/o Kutak Rock, LLP
Attn: Lisa Peters, Esq.
1650 Farnam Street
Omaha, NE  68102


U.S. Trustee
US Department of Justice
Office of the US Trustee
One Newark Center, Ste. 2100
Newark, NJ  07102


Hiteshri Patel
223 Gordons Corner Road
Marlboro, NJ  07746