UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**MIDDLEBROOKS SHAPIRO, P.C.**
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
*middlebrooks@middlebrooksshapiro.com*
Attorneys for Chapter 11 Debtor and
Debtor-in-Possession, Hiteshri Patel

Case No.:    20-17880-KCF

Chapter:     11

In Re:

**HITESHRI PATEL**,

Chapter 11 Debtor and Debtor-in-Possession.

Adv. No.: _____

Hearing Date:   May 27, 2021

Judge:   Kathryn C. Ferguson

## CERTIFICATION OF SERVICE

1. I, Melinda D. Middlebrooks, Esq.:

   [x] represent  Hiteshri Patel  in this matter.

   [ ] am the secretary/paralegal for _____, who represents _____ in this matter.

   [ ] am the _____ in this case and am representing myself.

2. On May 25, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Reply of Hiteshri Patel, Chapter 11 Debtor and Debtor-in-Possession, to NFS Leasing, Inc.'s Amended Objection to Debtor's First Modified Individual Chapter 11 Combined Plan of Reorganization and Disclosure Statement.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   May 25, 2021            /s/ Melinda Middlebrooks
                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |