UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
middlebrooks@middlebrooksshapiro.com
Attorneys for Hiteshri Patel, Chapter 11
Debtor and Debtor-in-Possession

In Re:

In re:

HITESHRI PATEL,

Chapter 11 Debtor and Debtor-in-Possession

Case No.: 20-17880-KCF

Adv. Pro. No.: _____

Chapter: 11

Hearing Date: 5/27/2021

Judge: Ferguson

## ADJOURNMENT REQUEST

1. I, Melinda D. Middlebrooks, Esq.,

    ☒ am the attorney for: Hiteshri Patel,

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Hearing on Adequacy of Disclosure Statement and Confirmation of Plan

    Current hearing date and time: 5/27/2021 at 2:00 p.m.

    New date requested: 6/10/2021

    Reason for adjournment request: Allow NFS Leasing to depose the Debtor and receive documents on the limited scope of issues relating to Confirmation of the Debtor's Plan.

2. Consent to adjournment:

    ☐ I have the consent of all parties.    ☒ I do not have the consent of all parties (explain below):

    Counsel for West Valley National Bank consented.

    Counsel for the UST and NFS confirmed consent to the court after debtor's counsel submitted the adjournment request form to chambers. (dmm)

I certify under penalty of perjury that the foregoing is true.

Date: 5/26/2021                                             /s/ Melinda Middlebrooks
                                                            Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 6/24/2021 at 2:00 p.m.            ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____            ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*