|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**MIDDLEBROOKS SHAPIRO, P.C.**<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey  07081<br>(973) 218-6877<br>Melinda D. Middlebrooks, Esq.<br>*middlebrooks@middlebrooksshapiro.com*<br>Attorneys for Hiteshri Patel, Chapter 11 Debtor<br>and Debtor-in-Possession. |

| In Re:<br><br>**HITESHRI PATEL**,<br><br>Chapter 11 Debtor and Debtor-in-Possession. | Case No.:   20-17880-KCF<br><br>Chapter:     11<br><br>Hearing Date: June 1, 2021<br><br>Judge:   Kathryn C. Ferguson |
|---|---|

### CERTIFICATION CONCERNING ORDER TO BE SUBMITTED

I, Melinda D. Middlebrooks, Esq, certify that with respect to the proposed order submitted to the court, the following is true and correct to the best of my knowledge.

The matter titled Motion to Quash Fourth Notice to Take Oral Deposition (Docket #196) and filed on   May 24, 2021   was marked "order to be submitted," and

☒ The proposed order comports with the Court's ruling, and all interested parties have reviewed the proposed order and consent to its entry.

OR

❏ The parties have resolved this matter, and all interested parties have reviewed the proposed order and consent to its entry.

The parties to the proposed order have been served. Each party's name and relationship to the case is as follows:

| NAME | RELATIONSHIP TO CASE |
|---|---|
|  | ❏ Trustee |
| Lauren Bielskie, Esq. | ☒ U.S. Trustee |
| James M. Lawlor, Esq. | NFS Leasing, Inc. |
| Joseph F. Pacelli, Esq. | NFS Leasing, Inc. |
|  |  |

I certify under penalty of perjury that the foregoing is true.

Date: __June 3, 2021_____        __/s/ Melinda Middlebrooks_____
                                                                    Signature

*new.8/1/18*