UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WOLLMUTH MAHER & DEUTSCH LLP
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (pro hac vice)
500 Fifth Avenue, 12th Floor
New York, New York 10110
-and-
90 Washington Valley Road
Bedminster, NJ 07921
Tel: (212) 382-3300
Fax: (212) 382-0050
Email:  jlawlor@wmd-law.com
        jpacelli@wmd-law.com

Counsel for NFS Leasing, Inc.

In Re:

HITESHRI PATEL,
                         Debtor.

Case No.: 20-17880 (KCF)

Chapter: 11

Adv. No.:

Hearing Date: June 15, 2021

Judge: Kathryn C. Ferguson

# CERTIFICATION OF SERVICE

1. I, James N. Lawlor :

    ☒ represent NFS Leasing, Inc. in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On June 16, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Order Denying Motion or Application for the Entry of an Order for Reimbursement of Attorneys' Fees

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: June 18, 2021

/s/ James N. Lawlor
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lauren Bielski, Esq.<br>U.S. Trustee's Office<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>lauren. bielskie@usdoj.gov | United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Melinda D. Middlebrooks<br>Middlebrooks Shapiro, P.C.<br>841 Mountain Ave First Floor<br>Springfield, NJ 07081<br>middlebrooks@middlebrooksshapiro.com | Debtor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Matrix Financial Services Corp.<br>c/o Denise Carlon, Esq.<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>dcarlon@kmllawgroup.com | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| M&T Bank<br>c/o Richard A. Gerbino, Esq.<br>Schiller, Knapp, Lefkowitz & Hertzel, LLP<br>716 Newman Springs Road, Suite 372<br>Lincroft, NJ 07738<br>rgerbino@schillerknapp.com | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| West Valley National Bank<br>Gary D. Bressler, Esq.<br>1300 Mount Kemble Avenue<br>PO Box 2075<br>Morristown, NJ 07962<br>gbressler@mdmc-law.com<br>vshea@mdmc-law.com | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |