UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**MIDDLEBROOKS SHAPIRO, P.C.**
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
*middlebrooks@middlebrooksshapiro.com*
Attorneys for Hiteshri Patel, Chapter 11 Debtor
and Debtor-in-Possession

In Re:

**HITESHRI PATEL**,

Chapter 11 Debtor and Debtor-in-Possession.

Case No.: 20-17880-KCF

Adv. Pro. No.:

Chapter: 11

Hearing Date: 6/24/2021 at 2:00 p.m.

Judge: Kathryn C. Ferguson

**ADJOURNMENT REQUEST**

1. I, Melinda D. Middlebrooks, Esq.,

   [X] am the attorney for: Chapter 11 Debtor, Hiteshri Patel,

   [ ] am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Hearing on Adequacy of Disclosure Statement and Confirmation of Plan

   Current hearing date and time: 6/24/2021 at 2:00 p.m.

   New date requested: 7/8/2021 at 2:00 p.m.

   Reason for adjournment request: Counsels for the Debtor and NFS Leasing are attempting to resolve confirmation issues to avoid a contested Confirmation Hearing and resolve the adversary proceeding.

2. Consent to adjournment:

   [X] I have the consent of all parties.    [ ] I do not have the consent of all parties (explain below):
   Objector, NFS Leasing, Inc. M&T Bank, West Valley Bank, UST

I certify under penalty of perjury that the foregoing is true.

Date: __6/22/2021__             __/s/ Melinda Middlebrooks__
                                                           Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted      New hearing date: __7/8/2021 at 2:00 p.m.__      ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____      ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*