UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**MIDDLEBROOKS SHAPIRO, P.C.**
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
*middlebrooks@middlebrooksshapiro.com*
Attorneys for Hiteshri Patel, Chapter 11 Debtor
and Debtor-in-Possession

In Re:

**HITESHRI PATEL**,

Chapter 11 Debtor and Debtor-in-Possession.

Case No.:     20-17880-KCF

Adv. Pro. No.: _____

Chapter:      11

Hearing Date: July 22, 2021

Judge:        Ferguson

## ADJOURNMENT REQUEST

1. I, __Melinda D. Middlebrooks, Esq.__,

    [X]   am the attorney for: Hiteshri Patel,

    [ ]   am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Adequacy Hearing and Confirmation Hearing

    Current hearing date and time: July 22, 2021 at 2:00 p.m.

    New date requested: August 19, 2021 at 2:00 p.m.

    Reason for adjournment request: To allow the Court to consider and rule on the Debtor's Motion to Approve settlement by and between NFS Leasing, Inc. and the Debtor.

2. Consent to adjournment:

    [ ] I have the consent of all parties.    [X] I do not have the consent of all parties (explain below):

    Counsels for NFS Leasing, Inc., West Valley National Bank and the Office of the United States Trustee consented on July 19, 2021. Counsel for M&T Bank have not responded to the request for consent to adjourn. This request is made to comply with the Local Rule regarding timing of adjournment requests.

I certify under penalty of perjury that the foregoing is true.

Date: __July 20, 2021__         __/s/ Melinda Middlebrooks__
                                            Signature

**COURT USE ONLY:**

The request for adjournment is:

[X] Granted    New hearing date: __8/19/2021 at 2:00 p.m.__    [ ] Peremptory

[ ] Granted over objection(s)    New hearing date: _____    [ ] Peremptory

[ ] Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2