UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Angela N. Stein, Esq.
anstein@middlebrooksshapiro.com
Counsel for Chapter 11 Debtor and
Debtor-In-Possession, Hiteshri Patel

In Re:

HITESHRI PATEL

Chapter 11 Debtor and Debtor-In-Possession.

Case No.: 20-17880 (KCF)
Chapter: 11
Adv. No.:
Hearing Date: 8/17/21 at 10:00 a.m.
Judge: Kathryn C. Ferguson

## CERTIFICATION OF SERVICE

1. I, Angela N. Stein, Esq. :

    ☒ represent Debtor and Debtor-In-Possession in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On 7/26/2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Revised proposed Order Approving Refinance.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 7/26/2021

/s/ Angela N. Stein
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Hiteshri Patel | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lauren Bielskie, Esq.<br>United States Trustee<br>Office of the United States Trustee<br>1085 Raymond Blvd.<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102-5235 | Office of the United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF and email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Counsel Requesting Notice for Matrix Financial Services | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF and email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joseph F. Pacelli, Esq.<br>Wollmuth Maher & Deutsch, LLP<br>500 Fifth Avenue, 12th Floor<br>New York, New York 10110 | Counsel Requesting Notice for NFS Leasing, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP<br>716 Newman Springs Road, Suite 372<br>Lincroft, New Jersey 07738 | Counsel for M&T Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF and email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| McElroy Deutsch<br>1300 Mount Kemble Avenue<br>P.O. Box 2075<br>Morristown, New Jersey 07962-2075 | Counsel Requesting Notice for West Valley National Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF and email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Konica Minolta<br>TIAA Commercial Finance, Inc.<br>10 Waterview Boulevard<br>Parsippany, NJ 07054 | Per B 104 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Yogesh Patel<br>714 S. Halliday Street<br>Anaheim, CA 92804 | Per B 104 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| RMS Franchise Group<br>2390 E. Orangewood Avenue<br>Suite 550<br>Anaheim, CA 92806 | Per B 104 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Landmark Health/Brown Mills, LLC<br>c/o Post Polak, PA<br>Attn: David L. Epstein<br>425 Eagle Rock Ave., Suite 200<br>Roseland, NJ 07068 | Per B 104 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| 5th and PCH - Retail<br>PO Box 840628<br>Los Angeles, CA 90084-0628 | Creditor per B 104 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capref Strand LLC<br>8333 Douglas Avenue<br>Suite 975<br>Dallas, TX 75225 | Creditor per B 104 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Chase<br>Cardmember Services<br>P.O. Box 6294<br>Carol Stream, IL 60197-6294 | Creditor per B 104 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Citi<br>P.O. Box 9001037<br>Louisville, KY 40290 | Creditor per B 104 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Costco<br>Citcards<br>PO Box 790046<br>Saint Louis, MO 63179-0046 | Creditor per B 104 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Discover<br>P.O. Box 15251<br>Wilmington, DE 19886 | Creditor per B 104 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| DSC America, Inc.<br>c/o Kennedy Wilson Properties, Ltd<br>151 S. El Camino Drive<br>Beverly Hills, CA 90212 | Creditor per B 104 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| GE HFS, LLC<br>9900 Innovation Drive<br>RP - 2100<br>Milwaukee, WI 53226 | Creditor per B 104 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| HF Holdings, Inc.<br>PO Box 593080<br>Huntington Beach, CA 92648 | Creditor per B 104 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |