UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**MIDDLEBROOKS SHAPIRO, P.C.**
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
*middlebrooks@middlebrooksshapiro.com*
Attorneys for Hiteshri Patel, Chapter 11
Debtor and Debtor-in-Possession

Case No.:  20-17880-KCF

Chapter:  11

In Re:

**HITESHRI PATEL**,

Chapter 11 Debtor and Debtor-in-Possession

Adv. No.:

Hearing Date:  August 17, 2021

Judge:  Kathryn C. Ferguson

## CERTIFICATION OF SERVICE

1. I, Melinda D. Middlebrooks, Esq. :

    [X] represent Hiteshri Patel in this matter.

    [ ] am the secretary/paralegal for _____, who represents _____ in this matter.

    [ ] am the _____ in this case and am representing myself.

2. On July 27, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below. (1) Filed Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice (Docket No. 224); (2) Application for Order Shortening Time (Docket No. 222); (3) Notice of Motion, (4) Application, (5) Certification of Melinda D. Middlebrooks, Esq., (6) Statement as to Why No Brief is Necessary and (7) proposed form of Order Approving Settlement (Docket No. 221); and (8) Notice of Proposed Compromise or Settlement of Controversy (Docket No. 223).

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 27, 2021            /s/ Melinda Middlebrooks
                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Hiteshri Patel | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lauren Bielskie, Esq.<br>United States Trustee<br>Office of the United States Trustee<br>1085 Raymond Blvd.<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102-5235 | Office of the United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise E. Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Counsel Requesting Notice for Matrix Financial Services | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| James N. Lawlor, Esq.<br>Joseph Francis Pacelli, Esq.<br>Wollmuth Maher & Deutsch, LLP<br>500 Fifth Avenue, 12th Floor New York, New York 10110 | Counsel Requesting Notice for NFS Leasing, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Richard A. Gerbino, Esq.<br>Schiller, Knapp, Lefkowitz & Hertzel, LLP<br>716 Newman Springs Road, Suite 372<br>Lincroft, NJ 07738 | Counsel for M&T Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>X Other  __CM/ECF__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Virginia T. Shea, Esq.<br>Gary D. Bressler, Esq.<br>McElroy Deutsch<br>1300 Mount Kemble Avenue<br>P.O. Box 2075<br>Morristown, New Jersey 07962-2075 | Counsel Requesting Notice for West Valley National Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Konica Minolta<br>TIAA Commercial Finance, Inc.<br>10 Waterview Boulevard<br>Parsippany, NJ 07054 | Per B 104 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Yogesh Patel<br>714 S. Halliday Street<br>Anaheim, CA 92804 | Per B 104 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| RMS Franchise Group<br>2390 E. Orangewood Avenue<br>Suite 550<br>Anaheim, CA 92806 | Per B 104 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Landmark Health/Brown Mills, LLC<br>c/o Post Polak, PA<br>Attn: David L. Epstein<br>425 Eagle Rock Ave., Suite 200<br>Roseland, NJ 07068 | Per B 104 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| 5th and PCH - Retail<br>PO Box 840628<br>Los Angeles, CA 90084-0628 | Creditor per B 104 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capref Strand LLC<br>8333 Douglas Avenue<br>Suite 975<br>Dallas, TX 75225 | Creditor per B 104 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Chase<br>Cardmember Services<br>P.O. Box 6294<br>Carol Stream, IL 60197-6294 | Creditor per B 104 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Citi<br>P.O. Box 9001037<br>Louisville, KY 40290 | Creditor per B 104 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Costco<br>Citcards<br>PO Box 790046<br>Saint Louis, MO 63179-0046 | Creditor per B 104 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Discover<br>P.O. Box 15251<br>Wilmington, DE 19886 | Creditor per B 104 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| DSC America, Inc.<br>c/o Kennedy Wilson Properties, Ltd<br>151 S. El Camino Drive<br>Beverly Hills, CA 90212 | Creditor per B 104 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| GE HFS, LLC<br>9900 Innovation Drive<br>RP - 2100<br>Milwaukee, WI 53226 | Creditor per B 104 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| HF Holdings, Inc.<br>PO Box 593080<br>Huntington Beach, CA 92648 | Creditor per B 104 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Frank Pontoriaro<br>551 2nd Avenue<br>Lyndhurst, NJ 07071-1512 | Co-Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

5

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| State of New Jersey<br>Division of Taxation Bankruptcy Unit<br>PO Box 245<br>Trenton, NJ 08646-0245 | Taxing Authority | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Taxing Authority | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Small Business Administration<br>409 3rd Street, SW<br>Washington, DC 20416-0005 |  | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Attorney<br>970 Broad Street<br>Room 502<br>Rodino Federal Bldg.<br>Newark, NJ 07102-2534 |  | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| JPMorgan Chase Bank<br>Bankruptcy Mail Intake Team<br>700 Kansas Lane Floor 01<br>Monroe, LA 71203-4774 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Discover Financial Services, LLC<br>PH Box 3025<br>New Albany, OH 43043-3025 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| David Armstrong, CPA<br>Kotulak & Company, PC<br>1035 Route 46 East<br>Suite B-107<br>Clifton, NJ 07014-2430 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Waldman Tax & Financial Services<br>7861 Valley View Street<br>La Palma, CA 90623-1849 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Faisal M. Shah<br>1857 North Gate Road<br>Scotch Plains, NJ 07076-2942 | Co-Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| TIAA Commercial Finance, Inc.<br>c/o Kutak Rock LLP<br>Attn: Lisa M. Peters, Esq.<br>1650 Farnm Street<br>Omaha, NE 68102-2186 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Flagstar Bank<br>5151 Corporate Drive<br>Troy, MI 48098-2639 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*