UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C. 841
Mountain Avenue, First Floor Springfield, New
Jersey 07081 (973) 218-6877Melinda D.
Middlebrooks, Esq.
middlebrooks@middlebrooksshapiro.com
Attorneys for Hiteshri Patel,Chapter 11 Debtor and
Debtor-in-Possession

**Order Filed on July 27, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

HITESHRI PATEL,

Chapter 11 Debtor and Chapter 11
Debtor-in-Possession.

Case No.: _____20-17880_____

Chapter: _____11_____

Judge: ___Kathryn C. Ferguson___

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**
**(For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order**
**Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19)**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: July 27, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

After review of the application of _____Hiteshri Patel, Chapter 11  for a reduction of

time for a hearing on  _Motion for Order Approving Settlement Pursuant to Fed. R. Bankr.P.9019(a) and D.N.J. 9019-3; and for Related Relief_

under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _August 17, 2021_____ at _10:00 am_  in

the United States Bankruptcy Court,  _402 East State Street, Trenton, NJ 08608_____,

Courtroom No. _2_____ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
 _US Trustee, all secured and notices of appearance, 20 largest unsecured creditors_____

_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
 _US Trustee,  all secured and notices of appearance, 20 largest unsecured creditors_____

_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _ US Trustee and anyone with a lien on cash collateral_____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

    ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail

        _____ day(s) prior to the scheduled hearing; or by August 13, 2021

    ☐ may be presented orally at the hearing in the manner prescribed below.

8. For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

    ☒ Parties are directed to make arrangements to appear telephonically via Court

        Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

    ☐ Other:

*rev.3/23/20*

3

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 20-17880-KCF

Hiteshri Patel                                                                        Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 27, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2021:**

**Recip ID            Recipient Name and Address**
db            + Hiteshri Patel, 223 Gordons Corner Road, Marlboro, NJ 07746-1257

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2021                        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2021 at the address(es) listed below:**

**Name                  Email Address**

Denise E. Carlon
            on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gary D. Bressler
            on behalf of Creditor West Valley National Bank gbressler@mdmc-law.com
            scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com

James N. Lawlor
            on behalf of Defendant NFS Leasing  Inc. jlawlor@wmd-law.com

James N. Lawlor
            on behalf of Creditor NFS Leasing  Inc. jlawlor@wmd-law.com

Joseph Francis Pacelli
            on behalf of Creditor NFS Leasing  Inc. jpacelli@wmd-law.com

Lauren Bielskie
            on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

District/off: 0312-3                    User: admin                                    Page 2 of 2
Date Rcvd: Jul 27, 2021                 Form ID: pdf903                          Total Noticed: 1

Melinda D. Middlebrooks
                    on behalf of Plaintiff Hiteshri Patel middlebrooks@middlebrooksshapiro.com  melindamiddlebrooks@gmail.com

Melinda D. Middlebrooks
                    on behalf of Debtor Hiteshri Patel middlebrooks@middlebrooksshapiro.com  melindamiddlebrooks@gmail.com

Nicole M. Nigrelli
                    on behalf of Trustee Nicole M. Nigrelli nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Richard Gerbino
                    on behalf of Creditor M&T BANK rgerbino@schillerknapp.com  kcollins@schillerknapp.com;lgadomski@schillerknapp.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

Virginia T. Shea
                    on behalf of Creditor West Valley National Bank vshea@mdmc-law.com
                    mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com


TOTAL: 12