UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WOLLMUTH MAHER & DEUTSCH LLP
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (pro hac vice)
500 Fifth Avenue, 12th Floor
New York, New York 10110
-and-
90 Washington Valley Road
Bedminster, NJ 07921
Tel: (212) 382-3300
Fax: (212) 382-0050
Email: jlawlor@wmd-law.com
       jpacelli@wmd-law.com

Counsel for NFS Leasing, Inc.

In Re:

HITESHRI PATEL,

Debtor.

Case No.: 20-17880
Chapter: 11
Hearing Date: August 19, 2021
Judge: Hon. Ferguson

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter: NFS Leasing, Inc.'s Objection to the Debtor's Plan and Disclosure Statement [Dkt. No. 140]; NFS Leasing, Inc.'s Amended Objection to the Debtor's Plan and Disclosure Statement [Dkt. No. 194]; NFS Leasing, Inc.'s Supplemental Objection to the Debtor's Plan and Disclosure Statement [Dkt. No. 212].

Date: August 18, 2021

/s/ James N. Lawlor
Signature

*rev.8/1/15*