# HITESHRI AND HIMANSHU PATEL
## FORECASTED CASH FLOWS
### FOR THE 5 YEAR PERIOD ENDING NOVEMBER 30, 2025

# HITESHRI AND HIMASHU PATEL
## TABLE OF CONTENTS

Accountants' Compilation Report on Forecast     1

Cash Flow Forecast     2

Forecast Assumptions     3



**Kotulak & Company, CPA, PC**
*Certified Public Accountants*
1035 Route 46 East, Suite B-107, Clifton, New Jersey 07013
Phone (973) 773-5050    Fax (973) 773-5266
**www.kotulakcpa.com**

Thomas M. Kotulak, CPA, PFS – tkotulak@kotulakcpa.com
Jonathan T. Kotulak, CPA, MBA – jkotulak@kotulakcpa.com
David Armstrong, CPA – darmstrong@kotulakcpa.com
Marina Kosoy-Shushkovsky, CPA – mkosoy@kotulakcpa.com

August 18, 2021

Hiteshri and Himanshu Patel

We have compiled the accompanying cash flow forecast for the five years ending November 30, 2025, in accordance with attestation standards established by the American Institute of Certified Public Accountants.

A compilation is limited to presenting in the form of a forecast information that is the representation of the individual and does not include evaluation of the support for the assumptions underlying the forecast. We have not examined the forecast and, accordingly, do not express an opinion or any other form of assurance on the accompanying statement or assumptions. Furthermore, there will usually be differences between the forecasted and actual results because events and circumstances frequently do not occur as expected, and those differences may be material. We have no responsibility to update this report for events and circumstances occurring after the date of this report.

Kotulak & Company, CPA, PC
Clifton, NJ

1

Hiteshri and Himanshu Patel
Cash Flow Forecast
For the 12 month periods ending November 30, 2021, 2022, 2023, 2024, and 2025

|  | Year Ending 11/30/2021 | Year Ending 11/30/2022 | Year Ending 11/30/2023 | Year Ending 11/30/2024 | Year Ending 11/30/2025 | Total |
|---|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | |
| Per Diem Wages | $ 55,207 | $ 56,863 | $ 58,569 | $ 60,326 | $ 62,136 | $ 293,099 |
| Spouse Self Employed Income | 221,328 | 226,861 | 232,533 | 238,346 | 244,305 | 1,163,373 |
| Spouse Rental Income | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 240,000 |
| **Total Income** | 324,535 | 331,724 | 339,101 | 346,672 | 354,440 | 1,696,472 |
| **Expenditures** | | | | | | |
| Food and Housekeeping Supplies | 9,600 | 9,888 | 10,185 | 10,490 | 10,805 | 50,968 |
| Medical Expense | 24,072 | 24,794 | 25,538 | 26,304 | 27,094 | 127,803 |
| Clothing and Personal Care | 2,100 | 2,163 | 2,228 | 2,295 | 2,364 | 11,149 |
| Mortgage Expense | 111,016 | 114,346 | 117,777 | 121,310 | 124,949 | 589,399 |
| Homeowners' Insurance and Maintenance | 9,636 | 9,925 | 10,223 | 10,530 | 10,845 | 51,159 |
| Meals and Entertainment | 3,600 | 3,708 | 3,819 | 3,934 | 4,052 | 19,113 |
| Income and Payroll Tax Expense | 8,984 | 9,254 | 9,531 | 9,817 | 10,112 | 47,697 |
| Travel/Commute | 4,200 | 4,326 | 4,456 | 4,589 | 4,727 | 22,298 |
| Utilities | 8,340 | 8,590 | 8,848 | 9,113 | 9,387 | 44,278 |
| Charitable Contributions | 3,000 | 3,090 | 3,183 | 3,278 | 3,377 | 15,927 |
| Automobile Expense | 7,023 | 7,233 | 7,450 | 7,674 | 7,904 | 37,284 |
| Insurance Expense | 34,020 | 35,041 | 36,092 | 37,175 | 38,290 | 180,617 |
| Rental Property Expenses | 10,905 | 11,232 | 11,569 | 11,916 | 12,274 | 57,896 |
| SBA Loan Payments | 28,000 | - | - | - | - | 28,000 |
| NFS Payment Plan | 25,933 | 23,732 | 23,732 | 23,732 | 23,732 | 120,861 |
| West Valley Refinance Payments | 5,253 | 21,012 | 21,012 | 21,012 | 21,012 | 89,301 |
| Education for Employment | 360 | 371 | 382 | 393 | 405 | 1,911 |
| Administrative Fees | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 60,000 |
| Trustee Fees | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 18,000 |
| **Total Expenditures** | 311,642 | 304,305 | 311,624 | 319,163 | 326,927 | 1,573,661 |
| **Net Cash Flows** | $ 12,893 | $ 27,419 | $ 27,477 | $ 27,509 | $ 27,513 | $ 122,811 |

See Independent Accountants' Compilation Report and Management's Forecast Assumptions

2

Hiteshri and Himanshu Patel
Cash Flow Forecast Assumptions
For the 5 years ended November 30, 2021, 2022, 2023, 2024, and 2025

**Revenues:**

Mrs. Patel's revenue is based on current year wage earnings and estimated based on anticipated increase in wages per Mrs. Patel. Mr. Patel's revenue is from his self-employed business' recent history and estimated future revenues as represented. Rental income is based on anticipated monthly rent received from two rental properties.

**Expenditures:**

Expenditures are based upon the last 12 months of expenses adjusted for non-recurring events, unless otherwise specifically stated. An inflation factor of 3% is built into the forecast, where applicable. Income tax expense is as per projected federal and state income tax liabilities based on projected revenue and estimated deductions from most recent tax filing along with mandatory federal payroll tax deductions.

3