

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>--------------------------------------------------------<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**MIDDLEBROOKS SHAPIRO, P.C.**<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey 07081<br>(973) 218-6877<br>Melinda D. Middlebrooks, Esq.<br>*middlebrooks@middlebrooksshapiro.com*<br>Attorneys for Hiteshri Patel,<br>Chapter 11 Debtor and Debtor-in-Possession | **Order Filed on August 18, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>**HITESHRI PATEL**,<br><br>Chapter 11 Debtor and Chapter 11 Debtor-in-Possession. | Honorable Kathryn C. Ferguson<br><br>Chapter 11<br><br>Case No. 20-17880-KCF<br><br>Hearing Date:  August 17, 20201 |

### ORDER APPROVING SETTLEMENT PURSUANT TO
### D.N.J. LBR 9019-3; AND FOR RELATED RELIEF

    The relief set forth on the following page, numbered two (2) through two (2), is hereby **ORDERED.**

**DATED: August 18, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

In re: Hiteshri Patel
Case No. 20-17880-KCF
Caption of Order: Order for Approving Settlement Pursuant to D.N.J. LBR 9019-3; and For Related Relief
Page: 2

**IT IS HEREBY**

**ORDERED,** that the Motion Order for Approving Settlement pursuant to D.N.J. LBR 9019-3; and for Related Relief (the "Motion"), filed on behalf of Chapter 11 Debtor and Debtor-in-Possession, Hiteshri Patel (the "Debtor"), by and between the Debtor and NFS Leasing, Inc. ("NFS") shall be and is hereby granted and approved in its entirety; and it is further

**ORDERED** that:

(1)   The Debtor shall be and is hereby authorized to enter into the Settlement Agreement and Release with NFS.

(2) To the extent that NFS is granted a lien and/or records a mortgage on property located at 223 Gordons Corner Road, Marlboro, NJ 07746 (the "Property"), such lien and/or mortgage of NSF shall be third in priority and junior to (a) any first priority, valid, binding, enforceable, and fully perfected senior security interest in and lien upon the Property of M&T Bank, and (b) any security interest in and lien upon the Property of West Valley National Bank.

(3)   The Debtor shall be and is hereby authorized and empowered to issue, execute, deliver, file or record any document, and to take any action necessary or appropriate to implement, effectuate and consummate the Settlement Agreement and Release with NFS in accordance with its terms, including, without limitation, any release, modified settlement agreement, loan document, whether or not specifically referred to in the Motion and/or the Settlement Agreement and Release and without further application to or Order of this Court.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-17880-KCF
Hiteshri Patel  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Aug 18, 2021  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2021:**

**Recip ID**    **Recipient Name and Address**
db    + Hiteshri Patel, 223 Gordons Corner Road, Marlboro, NJ 07746-1257

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2021 at the address(es) listed below:

**Name**    **Email Address**

Denise E. Carlon
    on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Gary D. Bressler
    on behalf of Creditor West Valley National Bank gbressler@mdmc-law.com scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com

James N. Lawlor
    on behalf of Defendant NFS Leasing  Inc. jlawlor@wmd-law.com

James N. Lawlor
    on behalf of Creditor NFS Leasing  Inc. jlawlor@wmd-law.com

Joseph Francis Pacelli
    on behalf of Creditor NFS Leasing  Inc. jpacelli@wmd-law.com

Lauren Bielskie

on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Melinda D. Middlebrooks

on behalf of Plaintiff Hiteshri Patel middlebrooks@middlebrooksshapiro.com  melindamiddlebrooks@gmail.com

Melinda D. Middlebrooks

on behalf of Debtor Hiteshri Patel middlebrooks@middlebrooksshapiro.com  melindamiddlebrooks@gmail.com

Nicole M. Nigrelli

on behalf of Trustee Nicole M. Nigrelli nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Richard Gerbino

on behalf of Creditor M&T BANK rgerbino@schillerknapp.com  kcollins@schillerknapp.com;lgadomski@schillerknapp.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

Virginia T. Shea

on behalf of Creditor West Valley National Bank vshea@mdmc-law.com
mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com

TOTAL: 12