Form 147 − ntccnfpln

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                  Case No.: 20−17880−KCF
                  Chapter: 11
                  Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hiteshri Patel
   223 Gordons Corner Road
   Marlboro, NJ 07746

Social Security No.:
   xxx−xx−9854

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 11 plan was entered on August 20, 2021.

   IT IS FURTHER NOTICED,

1. The clerk shall close the case 180 days after entry of the order confirming plan. Local Rule 3022−1(a).

2. On motion of a party in interest filed and served within the time period set forth above, the court may for cause extend the time for closing the case. Local Rule 3022−1(c).

3. All applications for allowance of fees and expenses shall be filed within 90 days after entry of a final order confirming plan, or such fees and expenses shall be deemed to be waived. Local Rule 2016−4.

Dated: August 30, 2021
JAN: bwj

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Hiteshri Patel  
    Debtor

Case No. 20-17880-KCF  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Aug 30, 2021     Form ID: 147     Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hiteshri Patel, 223 Gordons Corner Road, Marlboro, NJ 07746-1257 |
| tr | + | Ciardi Ciardi & Astin, Nicole M. Nigrelli, 1905 Spruce Street, Philadelphia, PA 19103-5732 |
| acc | + | Kotulak & Company, PC, 1035 Route 46 East, Suite B-107, Clifton, NJ 07013-2430 |
| cr | + | MATRIX FINANCIAL SERVICES CORP., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| r | | Re/Max Equity Group, c/o Tim Saeland, 6425 SW Capital Hwy, Portland, OR 97239 |
| sp | + | Szeto & Ibarra, LLP, Shatford Law, 16491 Scientific Way, Irvine, CA 92618-4355 |
| acc | + | Waldman Tax & Financial Services, 7861 Valley View Street, La Palma, CA 90623-1849 |
| 518875872 | | 5th and PCH - Retail, PO Box 840628, Los Angeles, CA 90084-0628 |
| 518875873 | + | Capref Strand LLC, 8333 Douglas Avenue, Suite 975, Dallas, TX 75225-5895 |
| 518875878 | + | DSC America, Inc., c/o Kennedy Wilson Properties, Ltd, 151 S. El Camino Drive, Beverly Hills, CA 90212-2704 |
| 518876978 | + | Faisal M. Shah, 1857 North Gate Road, Scotch Plains, NJ 07076-2942 |
| 518876979 | + | Frank Pontoriero, 551 2nd Avenue, Lyndhurst, NJ 07071-1512 |
| 518875880 | + | GE HFS, LLC, 9900 Innovation Drive, RP - 2100, Milwaukee, WI 53226-4856 |
| 518875881 | | HF Holdings, Inc., PO Box 593080, Huntington Beach, CA 92648 |
| 518876980 | + | Himanshu K Patel, 223 Gordons Corner Road, Marlboro, NJ 07746-1257 |
| 518875883 | + | Konica Minolta, TIAA Commercial Finance, Inc., 10 Waterview Boulevard, Parsippany, NJ 07054-1286 |
| 518875884 | + | Landmark Health/Brown Mills, LLC, c/o Post Polak, P.A., Attn: David L. Epstein, 425 Eagle Rock Avenue, Suite 200, Roseland, NJ 07068-1717 |
| 518937762 | + | MATRIX FINANCIAL SERVICES CORP., FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 518875887 | + | RMS Franchise Group, 2390 E. Orangewood Ave., Suite 550, Anaheim, CA 92806-6174 |
| 518875888 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 518875889 | + | TIAA Commercial Finance, Inc., c/o Kutak Rock LLP, Attn: Lisa M. Peters, Esq., 1650 Farnam Street, Omaha, NE 68102-2186 |
| 518963013 | + | West Valley National Bank, 2111 E Highland Ave #B-150, Phoenix, AZ 85016-4757 |
| 518875891 | + | Yogesh Patel, 714 S Halliday St, Anaheim, CA 92804-3129 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 30 2021 20:14:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 30 2021 20:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 30 2021 20:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518875875 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2021 20:26:43 | Citi, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 518875876 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recip ID | Bypass | Email/Notice Info | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 30 2021 20:26:38 | Costco, Citcards, PO Box 790046, Saint Louis, MO 63179-0046 |
| 518875877 | | Email/Text: mrdiscen@discover.com | Aug 30 2021 20:14:00 | Discover, P.O. Box 15251, Wilmington, DE 19886 |
| 518875879 | | Email/Text: cashiering-administrationservices@flagstar.com | Aug 30 2021 20:14:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 518875874 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 30 2021 20:16:23 | Chase, Cardmember Services, P.O. Box 6294, Carol Stream, IL 60197-6294 |
| 518875885 | | Email/Text: camanagement@mtb.com | Aug 30 2021 20:14:00 | M&T Bank, PO Box 62182, Baltimore, MD 21264-2182 |
| 518907590 | | Email/Text: camanagement@mtb.com | Aug 30 2021 20:14:00 | M&T Bank, c/o Schiller Knapp Lefkowitz Hertzel LLP, Post Office Box 840, Buffalo, NY 14240 |
| 518875886 | | Email/Text: legal@nfsleasing.com | Aug 30 2021 20:14:00 | NFS Leasing, Inc., 900 Cummings Center, Suite 226-U, Beverly, MA 01915 |
| 518875890 | + | Email/Text: bankruptcynotices@sba.gov | Aug 30 2021 20:14:00 | US Small Business Administration, 409 3rd St, SW, Washington, DC 20416-0005 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518875882 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518876981 | ##+ | Shardanu Pizza Prs 1, Inc., 5242 E. 2nd Street, Long Beach, CA 90803-5329 |
| 518876982 | ##+ | Shrdanu Pizza Prs2, Inc., 150 5th Street, Huntington Beach, CA 92648-5138 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 01, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gary D. Bressler | on behalf of Creditor West Valley National Bank gbressler@mdmc-law.com scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com |
| James N. Lawlor | on behalf of Creditor NFS Leasing  Inc. jlawlor@wmd-law.com |
| James N. Lawlor | on behalf of Defendant NFS Leasing  Inc. jlawlor@wmd-law.com |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 30, 2021 | Form ID: 147 | Total Noticed: 35 |

Joseph Francis Pacelli
 on behalf of Creditor NFS Leasing Inc. jpacelli@wmd-law.com

Lauren Bielskie
 on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Melinda D. Middlebrooks
 on behalf of Plaintiff Hiteshri Patel middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

Melinda D. Middlebrooks
 on behalf of Debtor Hiteshri Patel middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

Nicole M. Nigrelli
 on behalf of Trustee Nicole M. Nigrelli nnigrelli@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Richard Gerbino
 on behalf of Creditor M&T BANK rgerbino@schillerknapp.com kcollins@schillerknapp.com;lgadomski@schillerknapp.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

Virginia T. Shea
 on behalf of Creditor West Valley National Bank vshea@mdmc-law.com
 mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com

TOTAL: 12