UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**MIDDLEBROOKS SHAPIRO, P.C.**
841 Mountain Avenue, First Floor
Springfield, New Jersey  07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
*middlebrooks@middlebrooksshapiro.com*
Attorneys for the Reorganized Chapter 11 Debtor,
Hiteshri Patel

**Order Filed on October 14, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**HITESHRI PATEL,**

Reorganized Chapter 11 Debtor.

Case No. 20-17880-KCF

Adv. No.

Hearing Date:

Judge: Kathryn C. Ferguson

### ORDER AWARDING FINAL FEES AND REIMBURSEMENT OF EXPENSES TO MIDDLEBROOKS SHAPIRO, P.C. AS COUNSEL FOR THE REORGANIZED DEBTOR

The relief set forth on the following page, paragraphs numbered one (1) through three (3) is hereby **ORDERED**.

**DATED: October 14, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Case: In re: Hiteshri Patel
Case Number: 20-17880-KCF
Caption of Order: **Order Awarding Final Fees and Reimbursement of Expenses to Middlebrooks Shapiro, P.C. as Counsel for the Reorganized Debtor**
Page: 2

1. The law firm of Middlebrooks Shapiro, P.C., be and is hereby awarded a final allowance of fees in the amount of $41,295.00, together with reimbursement for its out-of-pocket disbursements in the amount of $733.75 for a total award of $42.028.75 in the above-captioned matter.

2. Hiteshri Patel, the Reorganized Debtor, shall be and is hereby authorized to make payment to Middlebrooks Shapiro, P.C. in the amount set for at ¶1 above within \_\_\_14\_\_\_ days from entry of the within Order.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 20-17880-KCF
Hiteshri Patel  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Oct 14, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2021:**

**Recip ID     Recipient Name and Address**
db     + Hiteshri Patel, 223 Gordons Corner Road, Marlboro, NJ 07746-1257

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2021 at the address(es) listed below:

**Name     Email Address**

Denise E. Carlon
    on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Gary D. Bressler
    on behalf of Creditor West Valley National Bank gbressler@mdmc-law.com
    scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com

James N. Lawlor
    on behalf of Defendant NFS Leasing Inc. jlawlor@wmd-law.com

James N. Lawlor
    on behalf of Creditor NFS Leasing Inc. jlawlor@wmd-law.com

Joseph Francis Pacelli
    on behalf of Creditor NFS Leasing Inc. jpacelli@wmd-law.com

Lauren Bielskie

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Oct 14, 2021 | Form ID: pdf903 | Total Noticed: 1

on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Melinda D. Middlebrooks

on behalf of Plaintiff Hiteshri Patel middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

Melinda D. Middlebrooks

on behalf of Debtor Hiteshri Patel middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

Nicole M. Nigrelli

on behalf of Trustee Nicole M. Nigrelli nnigrelli@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Richard Gerbino

on behalf of Creditor M&T BANK rgerbino@schillerknapp.com kcollins@schillerknapp.com;lgadomski@schillerknapp.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

Virginia T. Shea

on behalf of Creditor West Valley National Bank vshea@mdmc-law.com
mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com

TOTAL: 12