Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                      Case No.: 20–17880–KCF
                      Chapter: 11
                      Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Hiteshri Patel
  223 Gordons Corner Road
  Marlboro, NJ 07746

Social Security No.:
  xxx–xx–9854

Employer's Tax I.D. No.:

---

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Ciardi Ciardi & Astin is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>March 4, 2022</u>　　　　　　　<u>Kathryn C. Ferguson</u>
                                            Judge, United States Bankruptcy Court