**MIDDLEBROOKS SHAPIRO, P.C.**
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Angela Nascondiglio Stein, Esq.
anstein@middlebrooksshapiro.com
Attorneys for the Chapter 11 Debtor and
Debtor-in-Possession, Hiteshri Patel

|  |  |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|  | Chapter 11 |
| **HITESHRI PATEL,** | Honorable Kathryn C. Ferguson |
| Chapter 11 Debtor and Debtor-in-Possession. | Case No: 20-17880-KCF |

## CERTIFICATION OF CHAPTER 11 PLAN DISTRIBUTIONS

**ANGELA N. STEIN, ESQ.,** of legal age, hereby certifies as follows:

1.  I am an Associate with Middlebrooks Shapiro, P.C., bankruptcy counsel for Hiteshri Patel, the above-captioned Chapter 11 Debtor and Reorganized Debtor (the "Debtor").

2.  The third distribution to unsecured creditors (on the table annexed hereto as **Exhibit A**) was made in accordance with the Debtor's Chapter 11 Plan (*See,* Docket No. 121), which was confirmed by Order entered on August 20, 2021 (*See*, Docket No. 236).

I hereby certify under penalty of perjury that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

/s/ Angela N. Stein
Angela N. Stein, Esq.

Dated: 8/15/2023

**EXHIBIT A**

| CREDITOR | AMOUNT |
| --- | --- |
| 5th and PCH – Retail<br>PO Box 840628<br>Los Angeles, CA 90084-0628 | $252.60 |
| Chase<br>Cardmember Services<br>PO Box 6294<br>Carol Stream, IL 60197-6294 | $49.38<br><br>$46.82 |
| Citi<br>PO Box 9001037<br>Louisville, KY 40290 | $37.42 |
| Costco<br>Citicards<br>PO Box 790046<br>Saint Louis, MO 63179-0046 | $14.53 |
| Discover Bank<br>PO Box 3025<br>New Albany, OH 43054 | $25.77 |
| DSC America, Inc<br>c/o Kennedy Wilson<br>Properties, Ltd.<br>151 S. El Camino Drive<br>Beverly Hills, CA 90212 | $112.12 |
| GE HFS, LLC<br>9900 Innovation Drive<br>RP – 2100<br>Milwaukee, WI 53226 | $667.88 |
| HF Holdings, Inc.<br>1707 Orlando Central Pkwy Ste<br>440, Orlando, FL 32809 | $248.87 |
| Konica Minolta<br>TIAA Commercial Finance, Inc.<br>10 Waterview Boulevard<br>Parsippany, NJ 07054 | $655.39 |

| | |
|---|---|
| NFS Leasing, Inc.<br>Attn: Accounting<br>900 Cummings Center<br>Suite 226-U<br>Beverly, MA 01915 | $2876.40 |
| RMS Franchise Group<br>c/o Garo Khajadourian, Esq.<br>Briggs Alexander, APLC<br>4300 Campus Drive, Suite 210<br>Newport Beach, CA 92660 | $78.48 |
| Yogesh Patel<br>714 S Halliday St<br>Anaheim, CA 92804 | $934.34 |